Ana M. Alfonso
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Counsel to ABN AMRO Bank N.V. and*
*ABN AMRO Capital USA LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| AEGAN MARINE PETROLEUM NETWORK INC., *et al.*,[1] | Case No. 18-13374 |
| Debtors. | (Joint Administration Requested) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, in accordance with Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and section 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), Willkie Farr & Gallagher LLP, as counsel to ABN AMRO Bank N.V. and ABN AMRO Capital USA LLC, hereby requests that all notices given or required to be given in the above-captioned cases, and all papers served or required to be served in these cases, be given to and served upon the following:

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://dm.epiq11.com/aegean. The location of Debtor Aegean Bunkering (USA) LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 52 Vanderbilt Avenue, Suite 1405, New York, New York 10017.

Ana M. Alfonso
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: aalfonso@willkie.com

-and-

Paul R. Weiner, Esq.
Suzanne Durney
Meena Veerappan
ABN AMRO
100 Park Avenue
New York, New York 10017
Email: paul.weiner@abnamro.com
       suzanne.durney@abnamro.com
       meena.veerappan@abnamro.com

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise.

Dated:    November 6, 2018
             New York, New York

                          Respectfully Submitted,

**WILLKIE FARR & GALLAGHER LLP**

By:  /s/ Ana M. Alfonso
     Ana M. Alfonso
     787 Seventh Avenue
     New York, New York 10019
     Telephone: (212) 728-8000
     Facsimile: (212) 728-8111
     Email: aalfonso@willkie.com

*Counsel to ABN AMRO Bank N.V. and*
*ABN AMRO Capital USA LLC*