**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>AEGEAN MARINE PETROLEUM NETWORK INC.,<br>　　　　　　Debtor.<br><br>Tax I.D. No. N/A | Chapter 11<br><br>Case No. 18-13374 (MEW) |
| In re:<br><br>AEGEAN BUNKERING (USA) LLC,<br>　　　　　　Debtor.<br><br>Tax I.D. No. 80-0961739 | Chapter 11<br><br>Case No. 18-13373 (MEW) |
| In re:<br><br>AEGEAN (FUJAIRAH) BUNKERING S.A.,<br>　　　　　　Debtor.<br><br>Tax I.D. No. N/A | Chapter 11<br><br>Case No. 18-13375 (MEW) |
| In re:<br><br>AEGEAN ACE MARITIME COMPANY,<br>　　　　　　Debtor.<br><br>Tax I.D. No. N/A | Chapter 11<br><br>Case No. 18-13376 (MEW) |
| In re:<br><br>AEGEAN AGENCY (GIBRALTAR) LIMITED,<br>　　　　　　Debtor.<br><br>Tax I.D. No. N/A | Chapter 11<br><br>Case No. 18-13377 (MEW) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGEAN BREEZE MARITIME COMPANY, | ) | Case No. 18-13378 (MEW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| AEGEAN BUNKERING (GIBRALTAR) LIMITED, | ) | Case No. 18-13379 (MEW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| | ) | |
| In re: | ) | |
| | ) | Chapter 11 |
| AEGEAN BUNKERING (HONG KONG) LIMITED, | ) | Case No. 18-13381 (MEW) |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |

| | |
|---|---|
| In re: </br></br> AEGEAN BUNKERING (JAMAICA) LTD., </br></br> Debtor. </br></br> Tax I.D. No. N/A | Chapter 11 </br></br> Case No. 18-13383 (MEW) |
| In re: </br></br> AEGEAN BUNKERING (SINGAPORE) PTE. LTD., </br></br> Debtor. </br></br> Tax I.D. No. N/A | Chapter 11 </br></br> Case No. 18-13384 (MEW) |
| In re: </br></br> AEGEAN BUNKERING (TRINIDAD) LTD., </br></br> Debtor. </br></br> Tax I.D. No. N/A | Chapter 11 </br></br> Case No. 18-13386 (MEW) |
| In re: </br></br> AEGEAN BUNKERING COMBUSTIBLES LAS PALMAS S.A., </br></br> Debtor. </br></br> Tax I.D. No. N/A | Chapter 11 </br></br> Case No. 18-13387 (MEW) |
| In re: </br></br> AEGEAN BUNKERING MOROCCO SARL AU, </br></br> Debtor. </br></br> Tax I.D. No. N/A | Chapter 11 </br></br> Case No. 18-13389 (MEW) |

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AEGEAN BUNKERING SERVICES INC., | ) |
| | ) Case No. 18-13391 (MEW) |
| Debtor. | ) |
| Tax I.D. No. N/A | ) |
| In re: | ) |
| | ) Chapter 11 |
| AEGEAN CARIBBEAN HOLDINGS INC., | ) |
| | ) Case No. 18-13393 (MEW) |
| Debtor. | ) |
| Tax I.D. No. N/A | ) |
| In re: | ) |
| | ) Chapter 11 |
| AEGEAN GAS MARITIME COMPANY, | ) |
| | ) Case No. 18-13394 (MEW) |
| Debtor. | ) |
| Tax I.D. No. N/A | ) |
| In re: | ) |
| | ) Chapter 11 |
| AEGEAN HOLDINGS S.A., | ) |
| | ) Case No. 18-13396 (MEW) |
| Debtor. | ) |
| Tax I.D. No. N/A | ) |
| In re: | ) |
| | ) Chapter 11 |
| AEGEAN INVESTMENTS S.A., | ) |
| | ) Case No. 18-13397 (MEW) |
| Debtor. | ) |
| Tax I.D. No. N/A | ) |

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| AEGEAN MAISTROS MARITIME COMPANY, | ) |
| | ) Case No. 18-13398 (MEW) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |
| | ) |
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| AEGEAN MANAGEMENT SERVICES M.C., | ) |
| | ) Case No. 18-13399 (MEW) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |
| | ) |
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| AEGEAN MARINE PETROLEUM S.A., | ) |
| | ) Case No. 18-13400 (MEW) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |
| | ) |
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| AEGEAN OIL (USA), LLC, | ) |
| | ) Case No. 18-13402 (MEW) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 27-0122166 | ) |
| | ) |
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| AEGEAN OIL TERMINAL CORPORATION, | ) |
| | ) Case No. 18-13404 (MEW) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |

| | |
|---|---|
| In re: | )<br>)<br>) Chapter 11 |
| AEGEAN PETROLEUM INTERNATIONAL INC., | )<br>) Case No. 18-13405 (MEW) |
| Debtor. | ) |
| Tax I.D. No. N/A | ) |
| In re: | )<br>)<br>) Chapter 11 |
| AEGEAN SHIP III MARITIME COMPANY, | )<br>) Case No. 18-13407 (MEW) |
| Debtor. | ) |
| Tax I.D. No. N/A | ) |
| In re: | )<br>)<br>) Chapter 11 |
| AEGEAN SHIP VIII MARITIME COMPANY, | )<br>) Case No. 18-13408 (MEW) |
| Debtor. | ) |
| Tax I.D. No. N/A | ) |
| In re: | )<br>)<br>) Chapter 11 |
| AEGEAN SHIP XII MARITIME COMPANY, | )<br>) Case No. 18-13410 (MEW) |
| Debtor. | ) |
| Tax I.D. No. N/A | ) |
| In re: | )<br>)<br>) Chapter 11 |
| AEGEAN SHIPHOLDINGS INC., | )<br>) Case No. 18-13412 (MEW) |
| Debtor. | ) |
| Tax I.D. No. N/A | ) |

| | |
|---|---|
| In re: <br><br> AEGEAN TANKFARMS HOLDINGS S.A., <br><br> Debtor. <br><br> Tax I.D. No. N/A | Chapter 11 <br><br> Case No. 18-13413 (MEW) |
| In re: <br><br> AEGEAN TANKING S.A., <br><br> Debtor. <br><br> Tax I.D. No. N/A | Chapter 11 <br><br> Case No. 18-13415 (MEW) |
| In re: <br><br> AEGEAN TIFFANY MARITIME COMPANY, <br><br> Debtor. <br><br> Tax I.D. No. N/A | Chapter 11 <br><br> Case No. 18-13416 (MEW) |
| In re: <br><br> AEGEAN VII SHIPPING LTD., <br><br> Debtor. <br><br> Tax I.D. No. N/A | Chapter 11 <br><br> Case No. 18-13418 (MEW) |
| In re: <br><br> AMORGOS MARITIME INC., <br><br> Debtor. <br><br> Tax I.D. No. N/A | Chapter 11 <br><br> Case No. 18-13420 (MEW) |

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| AMPN USA, LLC, | |
| | Case No. 18-13421 (MEW) |
| Debtor. | |
| Tax I.D. No. 20-8050667 | |
| In re: | |
| | Chapter 11 |
| AMPNI HOLDINGS CO. LIMITED, | |
| | Case No. 18-13423 (MEW) |
| Debtor. | |
| Tax I.D. No. N/A | |
| In re: | |
| | Chapter 11 |
| AMPNI INVESTMENTS CO. LIMITED, | |
| | Case No. 18-13380 (MEW) |
| Debtor. | |
| Tax I.D. No. N/A | |
| In re: | |
| | Chapter 11 |
| ANDROS MARINE LIMITED, | |
| | Case No. 18-13382 (MEW) |
| Debtor. | |
| Tax I.D. No. N/A | |
| In re: | |
| | Chapter 11 |
| BENMORE SERVICES S.A., | |
| | Case No. 18-13385 (MEW) |
| Debtor. | |
| Tax I.D. No. N/A | |

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| CARIBBEAN RENEWABLE ENERGY | ) |
| SOURCES INC., | ) Case No. 18-13388 (MEW) |
|         Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |
| | ) |
| In re: | ) |
| | ) Chapter 11 |
| CEPHALLONIA MARINE S.A., | ) |
| | ) Case No. 18-13390 (MEW) |
|         Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |
| | ) |
| In re: | ) |
| | ) Chapter 11 |
| DILOS MARINE INC., | ) |
| | ) Case No. 18-13392 (MEW) |
|         Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |
| | ) |
| In re: | ) |
| | ) Chapter 11 |
| ETON MARINE LTD., | ) |
| | ) Case No. 18-13395 (MEW) |
|         Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |
| | ) |
| In re: | ) |
| | ) Chapter 11 |
| HALKI NAVIGATION S.A., | ) |
| | ) Case No. 18-13401 (MEW) |
|         Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |

|  |  |
|---|---|
| In re: | ) |
| | ) |
| I.C.S. PETROLEUM (MONTREAL) LTD., | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 18-13403 (MEW) |
| | ) |
| Tax I.D. No. N/A | ) |
| In re: | ) |
| | ) |
| I.C.S. PETROLEUM LTD., | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 18-13406 (MEW) |
| | ) |
| Tax I.D. No. N/A | ) |
| In re: | ) |
| | ) |
| INGRAM ENTERPRISES CO., | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 18-13409 (MEW) |
| | ) |
| Tax I.D. No. N/A | ) |
| In re: | ) |
| | ) |
| IOS MARINE INC., | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 18-13411 (MEW) |
| | ) |
| Tax I.D. No. N/A | ) |
| In re: | ) |
| | ) |
| IOS SHIPPING LTD, | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 18-13414 (MEW) |
| | ) |
| Tax I.D. No. N/A | ) |

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| ITHAKI MARINE S.A., | ) |
| | ) Case No. 18-13417 (MEW) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |
| | ) |
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| KASSOS NAVIGATION S.A., | ) |
| | ) Case No. 18-13419 (MEW) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |
| | ) |
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| KERKYRA MARINE S.A., | ) |
| | ) Case No. 18-13422 (MEW) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |
| | ) |
| In re: | ) |
| | ) Chapter 11 |
| KIMOLOS MARITIME INC., | ) |
| | ) Case No. 18-13424 (MEW) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |
| | ) |
| In re: | ) |
| | ) Chapter 11 |
| KITHNOS MARITIME INC., | ) |
| | ) Case No. 18-13425 (MEW) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| KYTHIRA MARINE S.A., | ) |
| | ) Case No. 18-13426 (MEW) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |
| | ) |
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| LEFKAS MARINE S.A., | ) |
| | ) Case No. 18-13427 (MEW) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |
| | ) |
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| MAISTROS RORO SHIPHOLDINGS LTD., | ) |
| | ) Case No. 18-13428 (MEW) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |
| | ) |
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| MILOS SHIPPING (PTE.) LTD., | ) |
| | ) Case No. 18-13429 (MEW) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |
| | ) |
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| MYKONOS I MARITIME LIMITED, | ) |
| | ) Case No. 18-13430 (MEW) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |

| | |
|---|---|
| In re: | ) |
| | ) |
| NEVADO NAVIGATION S.A., | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 18-13431 (MEW) |
| | ) |
| Tax I.D. No. N/A | ) |
| | ) |
| In re: | ) |
| | ) |
| OSTRIA RORO SHIPHOLDINGS LTD, | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 18-13432 (MEW) |
| | ) |
| Tax I.D. No. N/A | ) |
| | ) |
| In re: | ) |
| | ) |
| PAROS MARITIME INC., | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 18-13433 (MEW) |
| | ) |
| Tax I.D. No. N/A | ) |
| | ) |
| In re: | ) |
| | ) |
| PAXOI MARINE S.A., | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 18-13434 (MEW) |
| | ) |
| Tax I.D. No. N/A | ) |
| | ) |
| In re: | ) |
| | ) |
| SANTON LIMITED, | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 18-13435(MEW) |
| | ) |
| Tax I.D. No. N/A | ) |

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| SANTORINI I MARITIME LIMITED, | ) |
| | ) Case No. 18-13436 (MEW) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |
| | ) |
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| SEALAND NAVIGATION INC., | ) |
| | ) Case No. 18-13437 (MEW) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |
| | ) |
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| SERIFOS MARITIME INC., | ) |
| | ) Case No. 18-13438 (MEW) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |
| | ) |
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| SERIFOS SHIPPING (PTE.) LTD., | ) |
| | ) Case No. 18-13439 (MEW) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |
| | ) |
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| SIFNOS MARINE INC., | ) |
| | ) Case No. 18-13440 (MEW) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| SYMI NAVIGATION S.A., | ) |
| | ) Case No. 18-13441 (MEW) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |
| | ) |
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| TASMAN SEAWAYS INC., | ) |
| | ) Case No. 18-13442 (MEW) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |
| | ) |
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| TEMPEST SHIPTRADE LTD, | ) |
| | ) Case No. 18-13443 (MEW) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |
| | ) |
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| TILOS SHIPPING (PTE.) LTD., | ) |
| | ) Case No. 18-13444 (MEW) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |
| | ) |
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| TINOS MARINE INC., | ) |
| | ) Case No. 18-13445 (MEW) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| WEST COAST FUEL TRANSPORT LTD., | ) |
| | ) Case No. 18-13446 (MEW) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |
| | ) |
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| ZAKYNTHOS MARINE LIMITED, | ) |
| | ) Case No. 18-13447 (MEW) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |

**ORDER (I) DIRECTING JOINT ADMINISTRATION
OF THE CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "<u>Motion</u>")[1] of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") for entry of an order (this "<u>Order</u>") (a) directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declarations; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion was appropriate under the circumstances and no other notice need be

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the motion.

provided; and this Court having reviewed the Motion; and no objection to the Motion having been filed; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefore, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 18-13374 (MEW).

3. The caption of the jointly administered cases should read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| AEGEAN MARINE PETROLEUM NETWORK INC., *et al*.,[1] | ) Case No. 18-13374 (MEW) |
| Debtors. | ) (Jointly Administered) |

4. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors other than Aegean Marine Petroleum Network Inc. to reflect the joint administration of these chapter 11 cases:

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://dm.epiq11.com/aegean. The location of Debtor Aegean Bunkering (USA) LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 52 Vanderbilt Avenue, Suite 1405, New York, New York 10017.

An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of New York directing joint administration of the chapter 11 cases of: Aegean Marine Petroleum Network Inc., Case No. 18-13374; Aegean Bunkering (USA) LLC, Case No. 18-13373; Aegean (Fujairah) Bunkering S.A., Case No. 18-13375; Aegean Ace Maritime Company, Case No. 18-13376; Aegean Agency (Gibraltar) Limited, Case No. 18-13377; Aegean Breeze Maritime Company, Case No. 18-13378; Aegean Bunkering (Gibraltar) Limited, Case No. 18-13379; Aegean Bunkering (Hong Kong) Limited, Case No. 18-13381; Aegean Bunkering (Jamaica) Limited, Case No. 18-13383; Aegean Bunkering (Singapore) Pte. Ltd., Case No. 18-13384; Aegean Bunkering (Trinidad) Ltd., Case No. 18-13386; Aegean Bunkering Combustibles Las Palmas S.A., Case No. 18-13387; Aegean Bunkering Morocco SARL AU, Case No. 18-13389; Aegean Bunkering Services Inc., Case No. 18-13391; Aegean Caribbean Holdings Inc., Case No. 18-13393; Aegean Gas Maritime Company, Case No. 18-13394; Aegean Holdings S.A., Case No. 18-13396; Aegean Investments S.A., Case No. 18-13397; Aegean Maistros Maritime Company, Case No. 18-13398; Aegean Management Services M.C., Case No. 18-13399; Aegean Marine Petroleum S.A., Case No. 18-13400; Aegean Oil Terminal Corporation, Case No. 18-13404; Aegean Oil (USA), LLC, Case No. 18-13402; Aegean Petroleum International Inc., Case No. 18-13405; Aegean Ship III Maritime Company, Case No. 18-13407; Aegean Ship VIII Maritime Company, Case No. 18-13408; Aegean Ship XII Maritime Company, Case No. 18-13410; Aegean Shipholdings Inc., Case No. 18-13412; Aegean Tankfarms Holdings S.A., Case No. 18-13413; Aegean Tanking S.A., Case No. 18-13415; Aegean Tiffany Maritime Company, Case No. 18-13416; Aegean VII Shipping Ltd., Case No. 18-13418; Amorgos Maritime Inc., Case No. 18-13420; AMPN USA, LLC, Case No. 18-13421; AMPNI Holdings Co. Limited, Case No. 18-13423; AMPNI Investments Co. Limited, Case No. 18-13380; Andros Marine Limited, Case No. 18-13382; Benmore Services S.A., Case No. 18-13385; Caribbean Renewable Energy Sources Inc., Case No. 18-13388; Cephallonia Marine S.A., Case No. 18-13390; Dilos Marine Inc., Case No. 18-13392; Eton Marine Ltd., Case No. 18-13395; Halki Navigation S.A., Case No. 18-13401; I.C.S. Petroleum (Montreal) Ltd., Case No. 18-13403; I.C.S. Petroleum Ltd., Case No. 18-13406; Ingram Enterprises Co., Case No. 18-13409; Ios Marine Inc., Case No. 18-13411; Ios Shipping Ltd, Case No. 18-13414; Ithaki Marine S.A., Case No. 18-13417; Kassos Navigation S.A., Case No. 18-13419; Kerkyra Marine S.A., Case No. 18-13422; Kimolos Maritime Inc., Case No. 18-13424; Kithnos Maritime Inc., Case No. 18-13425; Kythira Marine S.A., Case No. 18-13426; Lefkas Marine S.A., Case No. 18-13427; Maistros Roro Shipholdings Ltd., Case No. 18-13428; Milos Shipping (Pte.) Ltd., Case No. 18-13429; Mykonos I Maritime Limited, Case No. 18-13430; Nevado Navigation S.A., Case No. 18-13431; Ostria Roro Shipholdings Ltd., Case No. 18-13432; Paros Maritime Inc., Case No. 18-13433; Paxoi Marine S.A., Case No. 18-13434; Santon Limited, Case No. 18-13435; Santorini I Maritime Limited, Case No. 18-13436; Sealand Navigation Inc., Case No. 18-13437; Serifos Maritime Inc., Case No. 18-13438; Serifos Shipping (Pte.)

18

Ltd., Case No. 18-13439; Sifnos Marine Inc., Case No. 18-13440; Symi Navigation S.A., Case No. 18-13441; Tasman Seaways Inc., Case No. 18-13442; Tempest Shiptrade Ltd, Case No. 18-13443; Tilos Shipping (Pte.) Ltd., Case No. 18-13444; Tinos Marine Inc., Case No. 18-13445; West Coast Fuel Transport Ltd., Case No. 18-13446; Zakynthos Marine Limited, Case No. 18-13447. **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 18-13374 (MEW).**

6. One consolidated docket, one file, and one consolidated service list shall be maintained by the Debtors and kept by the Clerk of the Bankruptcy Court with the assistance of the notice and claims agent retained by the Debtors in these chapter 11 cases.

7. The Debtors may file their monthly operating reports required by the *Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees*, issued by the U.S. Trustee, by consolidating the information required for each debtor in one report that tracks and breaks out all of the specific information (*e.g.*, receipts, disbursements, etc.) on a debtor-by-debtor basis in each monthly operating report.

8. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

9. This Order shall apply to any future filing of any affiliate of the Debtors, *provided however*, the Debtors shall file notice with the Court identifying the cases of such affiliates and stating that this Order shall apply to such cases.

10. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

11. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

19

12. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

13. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

New York, New York
Dated: November 6, 2018

                                            **s/Michael E. Wiles**
                                            UNITED STATES BANKRUPTCY JUDGE