WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020-1095
Telephone:     (212) 819-8200
Facsimile:     (212) 354-8113
Scott Greissman
Elizabeth Feld
Mark Franke

*Counsel for Aegean Baltic Bank, S.A., as the Agent*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| AEGEAN MARINE PETROLEUM NETWORK INC., *et al.*,[1] | Case No. 18-13374 (MEW) |
| | (Joint Administration Requested) |
| Debtors. | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

    **PLEASE TAKE NOTICE** that Aegean Baltic Bank, S.A., as the Agent (for itself and on behalf of HSH Nordbank A.G., the "Agent") a party in interest in the above-captioned chapter 11 cases (collectively, the "Cases"), hereby appears by and through its counsel, White & Case LLP, and requests, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), that all

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://dm.epiq11.com/aegean. The location of Debtor Aegean Bunkering (USA) LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 52 Vanderbilt Avenue, Suite 1405, New York, New York 10017.

notices given or required to be given and all papers served or required to be served in any one or more of these Cases be also given to and served on:

>Scott Greissman
>Elizabeth Feld
>Mark Franke
>**WHITE & CASE LLP**
>1221 Avenue of the Americas
>New York, New York 10020-1095
>Telephone: (212) 819-8200
>Facsimile: (212) 354-8113
>E-mail: sgreissman@whitecase.com
>efeld@whitecase.com
>mfranke@whitecase.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request applies to and includes not only the notices and papers referenced in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, all orders, notices and pleadings relating to any application, motion, petition, objection, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery, facsimile transmission, electronic mail, telex or otherwise that (1) affects, or seeks to affect, or may potentially affect in any way, any rights or interests of any creditor or party-in-interest in these Cases, including the Agent; (2) affects, or seeks to affect (a) the above-captioned Debtors and/or their estates or (b) property or proceeds thereof in the possession, custody, or control of others that any of the Debtors or their estates may seek to use; or (3) requires or seeks to require any act, delivery of any property, payment or other conduct by the Agent.

**PLEASE TAKE FURTHER NOTICE** that the Agent and the members thereof do not, by filing this Notice of Appearance and Request for Service of Papers nor any subsequent appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy

Court or intend that this Notice of Appearance and Request for Service of Papers constitutes a waiver of any of its or their respective rights: (i) to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) to trial by jury in any proceeding so triable in these cases, or any controversy or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, setoffs or recoupments to which the Agent are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs or recoupments the Agent and the members thereof expressly reserve.

Dated:  New York, New York
        November 6, 2018

Respectfully submitted,

By:    /s/ Scott Greissman
       WHITE & CASE LLP
       Scott Greissman
       Elizabeth Feld
       Mark Franke
       1221 Avenue of the Americas
       New York, New York 10020-1095
       Telephone:  (212) 819-8200
       Facsimile:  (212) 354-8113
       sgreissman@whitecase.com
       efeld@whitecase.com
       mfranke@whitecase.com

       *Counsel to the Agent*