**VEDDER PRICE P.C.**
John E.  Bradley
Michael J. Edelman
1633 Broadway, 31st Floor
New York, New York 10019
Telephone:    (212) 407-7700
Facsimile:     (212) 407-7799
E-Mails:       JBradley@VedderPrice.com and
               MJEdelman@VedderPrice.com

*Counsel for National Bank of Greece S.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN  DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case |
| AEGEAN MARINE PETROLEUM NETWORK INC., *et al.,*[1] Debtors. | Case No. 18-13374 (MEW) (JOINTLY ADMINISTERED) |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE  TAKE  NOTICE  that  Vedder Price P.C. ("Vedder  Price")  hereby  enters  its

appearance as counsel for National Bank of Greece S.A. in the above referenced chapter 11 cases

pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010(b) of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules").

PLEASE TAKE FURTHER NOTICE that National Bank of Greece S.A. hereby appears

in the above-captioned jointly administered cases by their counsel, Vedder Price P.C., and such

counsel hereby requests, pursuant to Rules 2002, 3017, 9007 and 9010 of the Bankruptcy Rules

and  Sections  102(1),  342  and  1109(b)  of  the  Bankruptcy  Code,  that  copies  of  all  notices,

---

[1]      Due to the large number of Debtors in these chapter 11 cases, for which the Debtors have
requested joint administration, a complete list of the Debtors and the last four digits of their tax
identification, registration, or like numbers is not provided herein. A complete list of such information
may be obtained on the website of the above-referenced debtors' proposed claims and noticing agent at
http://dm.epiq11.com/aegean.

pleadings given or filed in these cases, be given and served upon them at the following address,
telecopy, e-mail and telephone numbers:

**VEDDER PRICE P.C.**
1633 Broadway, 31st Floor
New York, New York 10019
Attention:      John E. Bradley, Esq. and
                Michael J. Edelman, Esq.
Telephone:      (212) 407-7700
Facsimile:      (212) 407-7799
E-mail:         JBradley@VedderPrice.com and
                MJEdelman@VedderPrice.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the
notices and papers referred to in the Bankruptcy Code and the Bankruptcy Rules provisions
specified above, but also includes, without limitation, all orders, notices, hearing dates,
applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers,
schedules of assets and liabilities and statements of affairs, operating reports, plan or plans of
reorganization or liquidation, and disclosure statements, whether formal or informal, and whether
transmitted or conveyed by mail, courier service, telegraph, telephone, e-mail, facsimile, telex,
or otherwise, that affect the above-captioned debtors or the debtors' estates.

PLEASE TAKE FURTHER NOTICE that demand is also made that the above-
referenced attorney be added to the Notice List for notice of all contested matters, adversary
proceedings, and other proceedings in these chapter 11 cases.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent
appearance, pleading, claim or suit is intended to waive and shall not constitute a waiver of
(i) National Bank of Greece S.A.'s right to have final orders in non-core matters entered only
after *de novo* review by a District Court; (ii) National Bank of Greece S.A.'s right to a jury trial
in any proceedings so triable herein, or in any case, controversy, or proceeding related hereto;

2

(iii) National Bank of Greece S.A.'s right to request to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which National Bank of Greece S.A. is or may be entitled to under agreements, documents or instruments, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York                                **VEDDER PRICE P.C.**
      November 7, 2018


                                         /s/ Michael J. Edelman
                                  Michael J. Edelman
                                  John E. Bradley
                                  1633 Broadway, 31st Floor
                                  New York, New York 10019
                                  Telephone: (212) 407-7700
                                  Facsimile:  (212) 407-7799
                                  E-Mail:     JBradley@VedderPrice.com
                                                    MJEdelman@VedderPrice.com

                                  *Attorneys for National Bank of Greece S.A.*