**VEDDER PRICE P.C.**
John E. Bradley
Michael J. Edelman
1633 Broadway, 31st Floor
New York, New York 10019
Telephone:   (212) 407-7700
Facsimile:   (212) 407-7799
E-Mails:   JBradley@VedderPrice.com and
MJEdelman@VedderPrice.com

*Counsel for National Bank of Greece S.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case |
| AEGEAN MARINE PETROLEUM NETWORK INC., *et al.,*[1] | Case No. 18-13374 (MEW) |
| Debtors. | (JOINTLY ADMINISTERED) |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Vedder Price P.C. ("Vedder Price") hereby enters its appearance as counsel for National Bank of Greece S.A. in the above referenced chapter 11 cases pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

PLEASE TAKE FURTHER NOTICE that National Bank of Greece S.A. hereby appears in the above-captioned jointly administered cases by their counsel, Vedder Price P.C., and such counsel hereby requests, pursuant to Rules 2002, 3017, 9007 and 9010 of the Bankruptcy Rules and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code, that copies of all notices,

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the above-referenced debtors' proposed claims and noticing agent at http://dm.epiq11.com/aegean.

pleadings given or filed in these cases, be given and served upon them at the following address, telecopy, e-mail and telephone numbers:

>**VEDDER PRICE P.C.**
>1633 Broadway, 31st Floor
>New York, New York 10019
>Attention:      John E. Bradley, Esq. and
>                Michael J. Edelman, Esq.
>Telephone:   (212) 407-7700
>Facsimile:    (212) 407-7799
>E-mail:         JBradley@VedderPrice.com and
>                MJEdelman@VedderPrice.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and the Bankruptcy Rules provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plan or plans of reorganization or liquidation, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, courier service, telegraph, telephone, e-mail, facsimile, telex, or otherwise, that affect the above-captioned debtors or the debtors' estates.

PLEASE TAKE FURTHER NOTICE that demand is also made that the above-referenced attorney be added to the Notice List for notice of all contested matters, adversary proceedings, and other proceedings in these chapter 11 cases.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim or suit is intended to waive and shall not constitute a waiver of (i) National Bank of Greece S.A.'s right to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) National Bank of Greece S.A.'s right to a jury trial in any proceedings so triable herein, or in any case, controversy, or proceeding related hereto;

2

(iii) National Bank of Greece S.A.'s right to request to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which National Bank of Greece S.A. is or may be entitled to under agreements, documents or instruments, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York  
        November 7, 2018

**VEDDER PRICE P.C.**

      /s/ John E. Bradley  
Michael J. Edelman  
John E. Bradley  
1633 Broadway, 31st Floor  
New York, New York 10019  
Telephone: (212) 407-7700  
Facsimile: (212) 407-7799  
E-Mail:   JBradley@VedderPrice.com  
                MJEdelman@VedderPrice.com

*Attorneys for National Bank of Greece S.A.*