**LOEB & LOEB LLP**
Walter H. Curchack
Bethany D. Simmons
345 Park Avenue
New York, NY 10154
Telephone: (212) 407-4861
Email: wcurchack@loeb.com
        bsimmons@loeb.com


-and-


**MASLON LLP**
Clark T. Whitmore (*pro hac vice pending*)
Ana Chilingarishvili (*pro hac vice pending*)
Jason M. Reed (*pro hac vice pending*)
90 S. Seventh Street, Suite 3300
Minneapolis, MN 55402
Telephone:  (612) 672-8200
Email:  Clark.Whitmore@Maslon.com
        Ana.Chilingarishvili@Maslon.com
        Jason.Reed@Maslon.com

*Attorneys for U.S. Bank National Association*
*in its capacity as Indenture Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| AEGEAN MARINE PETROLEUM NETWORK INC., *et al.*,[1] | : | Case No. 18-13374 (MEW) |
| Debtors. | | (Jointly Administered) |
| | : | |

-----------------------------------X

<u>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**</u>

---

[1]   Due to the large numbers of Debtors in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://dm.epiq11.com/aegean. The location of Debtor Aegean Bunkering (USA) LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 52 Vanderbilt Avenue, Suite 1405, New York, New York, 10017.

17047252.1
214863-82000

**PLEASE TAKE NOTICE THAT**, U.S. Bank National Association ("U.S. Bank") in its

capacity as indenture trustee (the "Trustee") for that certain Indenture dated December 19, 2016,

for those certain Senior Notes issued by Aegean Marine Petroleum Network, Inc., hereby

appears in the above-captioned chapter 11 case by its undersigned counsel in accordance with 11

U.S.C. § 1109(b) and Bankruptcy Rule 9010 and requests, as provided in 11 U.S.C. §§ 102(1)

and 342 and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given and

all papers served or required to be served in this case be given to and served as set forth below:

**LOEB & LOEB LLP**
Walter H. Curchack
Bethany D. Simmons
345 Park Avenue
New York, NY 10154

Email:  wcurchack@loeb.com
          bsimmons@loeb.com

**MASLON LLP**
Clark T. Whitmore
Ana Chilingarishvili
Jason M. Reed
90 S. Seventh Street, Suite 3300
Minneapolis, MN 55402

Email:  Clark.Whitmore@Maslon.com
          Ana.Chilingarishvili@Maslon.com
          Jason.Reed@Maslon.com

**PLEASE TAKE FURTHER NOTICE** that in accordance with 11 U.S.C. § 1109(b), the

foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules

specified above, but also includes, without limitation, orders and notices of any petition,

pleading, complaint, conference, hearing, application, motion, request, or demand (collectively

the "Filings"), whether formal or informal, written or oral, transmitted or conveyed by mail,

delivery, telephone, or otherwise which affect or seek to affect in anyway any rights or interests

of the Trustee.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for

Service of Documents shall not be deemed or construed to be a consent or waiver by the Trustee:

(1) to the personal jurisdiction of the Bankruptcy Court; (2) to have final orders in non-core

matters entered only after de novo review by a District Court Judge; (3) of the right to trial by

jury in any proceeding so triable in this case or any case, controversy, or proceeding related to

this case; (4) to have the District Court withdraw the reference in any matter subject to

mandatory or discretionary withdrawal; or (5) of any other rights, claims, actions, setoffs, or

recoupments to which the Trustee is or may be entitled, in law or in equity, all of which rights,

claims, actions, defenses, setoffs, and recoupments, the Trustee expressly reserves.

Dated:  November 7, 2018

**LOEB & LOEB LLP**

By:    /s/ Walter H. Curchack
Walter H. Curchack
Bethany D. Simmons
345 Park Avenue
New York, New York  10154
Telephone:  (212) 407-4000
Facsimile:  (212) 407-4990

-and-

**MASLON LLP**

By:  /s/ Clark T. Whitmore
Clark T. Whitmore
Ana Chilingarishvili
Jason M. Reed
90 S. Seventh Street, Suite 3300
Minneapolis, MN 55402
Telephone:  (612) 672-8200
Facsimile: (612) 642-8301
Email: Clark.Whitmore@Maslon.com
Email: Ana.Chilingarishvili@Maslon.com
Email: Jason.Reed@Maslon.com

***Attorneys for U.S. Bank National Association
in its capacity as Indenture Trustee***