IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| AEGEAN MARINE PETROLEUM NETWORK INC., *et al.*,[1] | : | Case No. 18-13374 (MEW) |
| Debtors. | : | (Jointly Administered) |

----------------------------------X

## MOTION FOR ADMISSION, *PRO HAC VICE*

I, Ana Chilingarishvili, Esquire, of the law firm Maslon LLP, 90 South Seventh Street, Minneapolis, MN 55402, request admission **pro hac vice** before the Honorable Michael E. Wiles, to represent U.S. Bank National Association, in its capacity as indenture trustee under that certain Indenture dated December 19, 2016, for those certain Senior Notes issued by Aegean Marine Petroleum Network, Inc., in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of Minnesota and the bar of the U.S. District Court for the District of Minnesota. I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

---

[1] Due to the large numbers of Debtors in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://dm.epiq11.com/aegean. The location of Debtor Aegean Bunkering (USA) LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 52 Vanderbilt Avenue, Suite 1405, New York, New York, 10017.

17047167.1
214863-82000

|  |  |
|---|---|
| Dated: November 7, 2018 | /s/ Ana Chilingarishvili |
|  | Ana Chilingarishvili, Esq. (MN Atty. #0391057) |
|  | Maslon LLP |
|  | 90 South Seventh Street, Suite 3300 |
|  | Minneapolis, MN 55402 |
|  | Telephone:    612-672-8200 |
|  | Facsimile:    612-642-8323 |
|  | E-mail:    Ana.Chilingarishvili@maslon.com |

2

17047167.1
214863-82000