CHALOS & CO, P.C.
55 Hamilton Avenue
Oyster Bay, NY 11771
Tel:   516-714-4300
Fax:   516-750-9051
George M. Chalos, Esq.
Briton P. Sparkman, Esq.
Melissa D. Patzelt-Russo, Esq.

*Counsel for Piraeus Bank S.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 |
|  | Case No. 18-13374(MEW) |
| AEGEAN MARINE PETROLEUM NETWORK INC., ET AL.,[1] | (Joint Administration Requested) |
| Debtors. |  |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Piraeus Bank S.A., hereby appears by and through its counsel, CHALOS & CO, P.C., in the above captioned jointly administered chapter 11 cases and requests pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and 11 U.S.C. §§ 102(1), 342, and 1109(b) (the "Bankruptcy Code"),

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://dm.epiq11.com/aegean. The location of Debtor Aegean Bunkering (USA) LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 52 Vanderbilt Avenue, Suite 1405, New York, New York 10017.

1

that copies of all notices and/or pleadings, given or required to be given in the above-captioned action, be given and served upon the following:

George M. Chalos, Esq.
Briton P. Sparkman, Esq.
Melissa D. Patzelt-Russo, Esq.
CHALOS & CO, P.C.
55 Hamilton Avenue
Oyster Bay, NY 11771
Tel:    516-714-4300
Fax:    516-750-9051
gmc@chaloslaw.com
bsparkman@chaloslaw.com
mrusso@chaloslaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and the Bankruptcy Rules provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plan or plans of reorganization or liquidation, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, courier service, telegraph, telephone, e-mail, facsimile, telex, or otherwise, that affect the above-captioned debtors or the debtors' estates.

PLEASE TAKE FURTHER NOTICE that demand is also made that the above referenced attorneys be added to the Notice List for notice of all contested matters, adversary proceedings, and other proceedings in these chapter 11 cases.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim or suit is intended to waive and shall not constitute a waiver of (i) Piraeus Bank S.A.'s right to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) Piraeus Bank S.A.'s right to a jury trial in any proceedings so triable herein,

or in any case, controversy, or proceeding related hereto; (iii) Piraeus Bank S.A.'s right to request to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Piraeus Bank S.A. is or may be entitled to under agreements, documents or instruments, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 7, 2018
      Oyster Bay, New York

Respectfully submitted,

CHALOS & CO, P.C.

By:    /s/ George M. Chalos_____
George M. Chalos, Esq.
Briton P. Sparkman, Esq.
Melissa D. Patzelt-Russo, Esq.
55 Hamilton Ave.
Oyster Bay, NY 11771
Tel: (516) 714-4300
Fax: (866) 702-4577
Email: gmc@chaloslaw.com
       bsparkman@chaloslaw.com
       mrusso@chaloslaw.com