| | |
|---|---|
| Marc Kieselstein, P.C. | James H.M. Sprayregen, P.C. |
| Jonathan S. Henes, P.C. | Ross M. Kwasteniet, P.C. (admitted *pro hac vice*) |
| Cristine Pirro Schwarzman | Adam C. Paul, P.C. (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS LLP** | W. Benjamin Winger (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | **KIRKLAND & ELLIS LLP** |
| 601 Lexington Avenue | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| New York, New York 10022 | 300 North LaSalle Street |
| Telephone: (212) 446-4800 | Chicago, Illinois 60654 |
| Facsimile: (212) 446-4900 | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |

*Proposed Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AEGEAN MARINE PETROLEUM NETWORK INC., *et al.*,[1] | ) Case No. 18-13374 (MEW) |
| | ) |
| Debtors. | ) (Joint Administration Requested) |

**NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) ESTABLISHING BIDDING PROCEDURES AND SECTION 365 PROCEDURES, (II) APPROVING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS, (III) AUTHORIZING THE ENTRY INTO AND PERFORMANCE UNDER THE STALKING HORSE ASSET PURCHASE AGREEMENT, AND (IV) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on November 9, 2018, Aegean Marine Petroleum Network Inc. and its affiliated debtors in the above captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order (I) Establishing Bidding Procedures and Section 365 Procedures, (II) Approving the Sale of*

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which the Debtors have been granted joint administration, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://dm.epiq11.com/aegean. The location of Debtor Aegean Bunkering (USA) LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 52 Vanderbilt Avenue, Suite 1405, New York, New York 10017.

*Substantially All of the Debtors' Assets, (III) Authorizing the Entry into and Performance under the Stalking Horse Asset Purchase Agreement, and (IV) Granting Related Relief* (the "Motion"). A hearing on the Motion will be held before the Honorable Michael E. Wiles of the United States Bankruptcy Court for the Southern District of New York (the "Court"), in Room 617, One Bowling Green, New York, New York 10004-1408, on **December 4, 2018, at 11:00 a.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion (each, an "Objection") shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the *Final Order Establishing Certain Notice, Case Management, and Administrative Procedures* [Docket No. __] (the "Case Management Order"), and shall be filed with the Court (a) by registered users of the Bankruptcy Court's case filing system, electronically in accordance with General Order M–399 (which can be found at http://www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers as set forth in the Case Management Order), in accordance with the customary practices of the Bankruptcy Court and General Order M–399, to the extent applicable, and served so as to be actually received no later than **November 27, 2018, at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline")—on the Master Service List (as defined in the Case Management Order), including:

(a) Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022 (Attn: Jonathan S. Henes, P.C., Esq. and Cristine Pirro Schwarzman, Esq.) and Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, Illinois 60654 (Attn: Marc Kieselstein, P.C., Esq., Ross M. Kwasteniet, P.C., Esq., Adam C. Paul, P.C., Esq., and W. Benjamin Winger, Esq.), proposed counsel to the Debtors;

(b) The United States Trustee for Region 2, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: Brian S. Masumoto, Esq. and Andrew

Velez-Rivera, Esq.);

(c)     Counsel to the official committee of unsecured creditors, if one is appointed in these chapter 11 cases; and

(d)     Norton Rose Fulbright US LLP, 1301 McKinney, Suite 5100, Houston, Texas 77010-3095 (Attn: Louis Strubeck, Esq. and Josh Agrons, Esq.) and Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP, 28 Liberty Street, New York, New York 10005-1413 (Attn: Abhilash Raval, Esq. and Lauren C. Doyle, Esq.), co-counsel to Mercuria Energy Group Limited and certain of its affiliates.

**PLEASE TAKE FURTHER NOTICE** that if no Objections or other responses are timely filed and served with respect to the Motion, the Debtors shall, on or after the Objection Deadline, submit to the Court an order substantially in the form annexed as <u>Exhibit A</u> to the Motion, which order the Court may enter without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates in open court at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and Case Management Order may be obtained free of charge by visiting the website of Epiq Corporate Restructuring LLC at http://dm.epiq11.com/aegean. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

| | |
|---|---|
| New York, New York<br>Dated: November 14, 2018 | */s/ Jonathan S. Henes, P.C.*<br>Marc Kieselstein, P.C.<br>Jonathan S. Henes, P.C.<br>Cristine Pirro Schwarzman<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>- and -<br><br>James H.M. Sprayregen, P.C.<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Adam C. Paul, P.C. (admitted *pro hac vice*)<br>W. Benjamin Winger (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |