UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                                                    Case No. 18-13374 (MEW)

Aegean Marine Petroleum Network Inc., *et al.,*             Jointly Administered

                                            Debtors.
------------------------------------------------------------x

## NOTICE OF APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, United States Trustee for Region 2, pursuant to Section 1102(a) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve on the Official Committee of Unsecured Creditors of Aegean Marine Petroleum Network Inc., and its affiliated debtors-in-possession:

1.  Deutsche Bank Trust Company Americas
    c/o Deutsche Bank National Trust Company
    100 Plaza One, 8th Floor
    Mail Stop: JCY03-0801
    Jersey City, New Jersey 07311
    Attention: Rodney Gaughan, Vice President
    Telephone: (201) 593-4016

2.  U.S. Bank National Association
    633 West Fifth Street – 24th Floor
    Los Angeles, California 90071
    Attention: Stephen Rivero, Vice President
    Telephone: (213) 615-6046

3.  American Express Travel Related Services Company, Inc.
    200 Vesey Street
    New York, New York 10285
    Attention: Gianni P. Dimos, Vice President & Senior Counsel
    Telephone: (212) 640-5130

Dated: New York, New York
       November 15, 2018

                                                                Sincerely,

                                                                WILLIAM K. HARRINGTON
                                                                UNITED STATES TRUSTEE

                                                  By:     /s/ Brian S. Masumoto
                                                                Brian Masumoto
                                                                Trial Attorney
                                                                Office of the United States Trustee
                                                                U.S. Federal Office Building
                                                                201 Varick Street, Room 1006
                                                                New York, NY 10014
                                                                Tel. (212) 510-0500
                                                                Fax (212) 668-2255