| | |
|---|---|
| Marc Kieselstein, P.C. | James H.M. Sprayregen, P.C |
| Cristine Pirro Schwarzman | Adam C. Paul, P.C. (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS LLP** | W. Benjamin Winger (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | **KIRKLAND & ELLIS LLP** |
| 601 Lexington Avenue | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| New York, New York 10022 | 300 North LaSalle Street |
| Telephone:   (212) 446-4800 | Chicago, Illinois 60654 |
| Facsimile:   (212) 446-4900 | Telephone:   (312) 862-2000 |
| | Facsimile:   (312) 862-2200 |

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| AEGEAN MARINE PETROLEUM NETWORK INC., *et al.*,[1] | ) | Case No. 18-13374 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AGENDA FOR HEARING TO BE HELD**
**DECEMBER 7, 2018, AT 1:00 P.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| Time and Date of Hearing: | December 7, 2018, at 1:00 p.m. (prevailing Eastern Time) |
| Location of Hearing: | The Honorable Judge Michael E. Wiles<br>United States Bankruptcy Court for the Southern District of New York<br>Alexander Hamilton Custom House<br>One Bowling Green, Courtroom 617<br>New York, New York 10004 |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' proposed notice and claims agent, Epiq Bankruptcy Solutions LLC, at http://dm.epiq11.com/aegean.  Further information may be obtained via email at aegean@epiqglobal.com or by calling 212-225-9200. |

---

[1] Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://dm.epiq11.com/aegean.  The location of Debtor Aegean Bunkering (USA) LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 52 Vanderbilt Avenue, Suite 1405, New York, New York 10017.

**I.    Contested Matters**

1. ***DIP Motion.*** Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, and 507 (I) Authorizing the Debtors to Obtain Senior Secured Priming Superpriority Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 17].

    Objection Deadline: November 27, 2018, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    A.  Objection of the Official Committee of Unsecured Creditors of Aegean Marine Petroleum Network Inc., et al. to the Debtors' DIP Financing Motion [Docket No. 113].

    B.  Declaration of Michael Genereux in Support of the Committees Objections to the Debtors' Sale Motion and DIP Financing Motion [Docket No. 114].

    Replies Filed:

    A.  Debtors' Reply in Support of the Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, and 507 (I) Authorizing the Debtors to Obtain Senior Secured Priming Superpriority Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 146].

    Related Documents:

    A.  Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, and 507 (I) Authorizing the Debtors to Obtain Senior Secured Priming Superpriority Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 51].

    B.  Interim Order (I) Granting Adequate Protection to Aegean Baltic Bank S.A., as Agent (II) Authorizing Use of Cash Collateral,

      (III) Modifying the Automatic Stay, and (IV) Granting Related Relief [Docket No. 63].

   C. Interim Order (I) Granting Adequate Protection to National Bank of Greece, S.A., as Agent (II) Authorizing Use of Cash Collateral, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief [Docket No. 64].

   D. Interim Order (I) Granting Adequate Protection to United Arab Bank P.J.S.C., (II) Authorizing Use of Cash Collateral, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief [Docket No. 68].

   E. Notice of Final DIP Hearing [Docket No. 78].

   F. Declaration of Andrew D. Hede in Support of (A) Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364, 503, and 507 (I) Authorizing the Debtors to Obtain Senior Secured Priming Superpriority Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief, and (B) Debtors' Motion for Entry of an Order (I) Establishing Bidding Procedures and Section 365 Procedures, (II) Approving the Sale of Substantially all the Debtors' Assets, (III) Authorizing the Entry into and Performance Under the Stalking Horse Asset Purchase Agreement, and (IV) Granting Related Relief [Docket No. 125].

   G. Notice of Adjournment of Hearing and (II) Revised Hearing Time and Location [Docket No. 143].

   H. Notice of Filing of Final Order (I) Authorizing the Debtors to Obtain Senior Secured Priming Superpriority Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 144].

   **Status**: This matter is going forward.

2. ***Bidding Procedures Motion.*** Debtors' Motion for Entry of an Order (I) Establishing Bidding Procedures and Section 365 Procedures, (II) Approving the Sale of Substantially All of the Debtors' Assets, (III) Authorizing the Entry into and Performance Under the Stalking Horse

Asset Purchase Agreement, and (IV) Granting Related Relief [Docket No. 59].

Objection Deadline:  November 27, 2018, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A. Objection to Debtors' Motion for Entry of an Order (I) Establishing Bidding Procedures and Section 365 Procedures, (II) Approving the Sale of Substantially All of the Debtors' Assets, (III) Authorizing the Entry Into and Performance Under the Stalking Horse Asset Purchase Agreement, and (IV) Granting Related Relief [Docket No. 112].

B. Declaration of Michael Genereux in Support of the Committees Objections to the Debtors' Sale Motion and DIP Financing Motion [Docket No. 114].

Replies Filed:

C. Debtors' Reply in Support of Their Motion for Entry of an Order (I) Establishing Bidding Procedures and Section 365 Procedures, (II) Approving the Sale of Substantially all of the Debtors' Assets, (III) Authorizing the Entry into and Performance Under the Stalking Horse Asset Purchase Agreement, and (IV) Granting Related Relief [Docket No. 122].

D. Statement of Mercuria in Support of the Proposed Bidding Procedures and Reply to the Committee's Objection [Docket No. 123].

Related Documents:

A. Notice of Debtors' Motion for Entry of an Order (I) Establishing Bidding Procedures and Section 365 Procedures, (II) Approving the Sale of Substantially All of the Debtors' Assets, (III) Authorizing the Entry Into and Performance Under the Stalking Horse Asset Purchase Agreement, and (IV) Granting Related Relief [Docket No. 76].

B. Order (I) Authorizing the Debtors to File the Schedules to the Stalking Horse Asset Purchase Agreement in Redacted Form and (II) Granting Related Relief [Docket No. 116].

C. Notice of Filing of Revised Bidding Procedures Order [Docket No. 124].

   D. Declaration of Andrew D. Hede in Support of (A) Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364, 503, and 507 (I) Authorizing the Debtors to Obtain Senior Secured Priming Superpriority Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief, and (B) Debtors' Motion for Entry of an Order (I) Establishing Bidding Procedures and Section 365 Procedures, (II) Approving the Sale of Substantially all the Debtors' Assets, (III) Authorizing the Entry into and Performance Under the Stalking Horse Asset Purchase Agreement, and (IV) Granting Related Relief [Docket No. 125].

  **Status**: This matter is going forward.

3. ***Cash Management Motion***.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts and (B) Continue to Perform Intercompany Transactions and (II) Granting Related Relief [Docket No. 4].

  Objection Deadline:  November 27, 2018, at 4:00 p.m. (prevailing Eastern Time).

  Responses Received:

   A. Limited Objection of the Official Committee of Unsecured Creditors of Aegean Marine Petroleum Network, Inc., *et al*. to the Debtors Cash Management Motion [Docket No. 110].

  Replies Filed:

   A. Debtors' Omnibus Reply in Support of Their Hedging and Cash Management Motions [Docket No. 121].

  Related Documents:

   A. Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts and (B) Continue to Perform Intercompany Transactions and (II) Granting Related Relief [Docket No. 53].

   B. Notice of Second Day Hearing to be Held on December 4, 2018, at 11:00 a.m. (prevailing Eastern Time) [Docket No. 79].

  **Status**: This matter is going forward.

4. ***Hedging Motion.*** Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Prepetition Hedging Practices, (B) Commence Postpetition Hedging Practices, (C) Grant Superpriority Claims, and (D) Pay Prepetition Hedging Obligations, and (II) Granting Related Relief [Docket No. 6].

Objection Deadline: November 27, 2018, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A. Limited Objection of the Official Committee of Unsecured Creditors of Aegean Marine Petroleum Network Inc., *et al*. to the Debtors' Hedging Motion [Docket No. 111].

Replies Filed:

A. Debtors' Omnibus Reply in Support of Their Hedging and Cash Management Motions [Docket No. 121].

Related Documents:

A. Notice of Second Day Hearing to be Held on December 4, 2018, at 11:00 a.m. (prevailing Eastern Time) [Docket No. 79].

B. Interim Order (I) Authorizing the Debtors to (A) Continue Prepetition Hedging Practices, (B) Commence Postpetition Hedging Practices, (C) Grant Superpriority Claims, and (D) Pay Prepetition Hedging Obligations, and (II) Granting Related Relief [Docket No. 83].

**Status**: This matter is going forward.

| | |
|---|---|
| New York, New York<br>Dated:  December 5, 2018 | */s/ Marc Kieselstein, P.C.*<br>Marc Kieselstein, P.C.<br>Cristine Pirro<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:     (212) 446-4900<br><br>- and -<br><br>James H.M. Sprayregen, P.C.<br>Adam C. Paul, P.C. (admitted *pro hac vice*)<br>W. Benjamin Winger (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:     (312) 862-2200<br><br>*Counsel to the Debtors and Debtors in Possession* |