**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGEAN MARINE PETROLEUM NETWORK INC., *et al.*,[1] | ) ) | Case No. 18-13374 (MEW) |
| | ) | |
| Debtors. | ) ) | (Jointly Administered) |

**FINAL ORDER (I) AUTHORIZING THE DEBTORS
TO (A) FILE A CONSOLIDATED LIST OF CREDITORS IN
LIEU OF SUBMITTING A FORMATTED MAILING MATRIX
AND (B) FILE A CONSOLIDATED LIST OF THE 30 LARGEST
UNSECURED CREDITORS, (II) AUTHORIZING THE DEBTORS TO
REDACT CERTAIN PERSONAL IDENTIFICATION INFORMATION FOR
INDIVIDUAL CREDITORS, (III) APPROVING THE FORM AND MANNER
OF NOTIFYING CREDITORS OF THE COMMENCEMENT OF THESE
CHAPTER 11 CASES, AND (IV) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), authorizing the Debtors to (a)(i) prepare a consolidated list of creditors in lieu of submitting separate mailing matrices and creditor lists for each Debtor, (ii) file a consolidated list of the 30 largest general unsecured creditors, (iii) mail initial notices through Epiq Corporate Restructuring, LLC; and (iv) redact certain personal identification information for individual creditors; (b) approving the form and manner of notice of commencement of these chapter 11 cases and the scheduling of the meeting of creditors under section 341 of the Bankruptcy Code; and (c) granting related relief, all as more

---

[1] Due to the large number of Debtors in these chapter 11 cases, which are being jointly administered, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://dm.epiq11.com/aegean. The location of Debtor Aegean Bunkering (USA) LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 52 Vanderbilt Avenue, Suite 1405, New York, New York 10017.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

fully set forth in the Motion; and upon the First Day Declarations; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the Southern District of New York*, dated January 31, 2012; this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

1. The Debtors are authorized to file a consolidated list of the 30 largest unsecured creditors in these chapter 11 cases in lieu of each Debtor filing a list of its 20 largest unsecured creditors.

2. In lieu of submitting a formatted mailing matrix, the Debtors shall make available a single, consolidated list of all of the Debtors' creditors in electronic form to any entity who so requests and in non-electronic form at such requesting entity's sole cost and expense.

3. The Debtors are authorized to redact information in respect of individuals listed on the Creditor Matrix pursuant to 11 U.S.C. § 107(c)(1) and in compliance with the European General Data Protection Regulation; *provided*, that the U.S. Trustee's rights to request the unsealing of such redacted information and contest the Debtors' ability to so redact such information in any other document filed with the Court and request further briefing on the issue are fully reserved, subject in all respects to the Debtors' rights to contest any such request.

4. The notice of commencement of these chapter 11 cases, substantially in the form attached hereto as **Exhibit 1** (the "Notice of Commencement"), is hereby approved. Any requirement that the Debtors provide the Notice of Commencement directly to equity security holders under Bankruptcy Rule 2002(d) shall be deemed satisfied if the Debtors publish in print and online the Notice of Commencement or a substantially similar version thereof in one or more newspapers of significant international readership that is likely to reach such equity security holders, such as the *Financial Times*, the *New York Times*, and the *Wall Street Journal*, and the Debtors are authorized to serve the Notice of Commencement on the registered holders of the Debtors' equity securities.

5. The Debtors, with the assistance of the Claims and Noticing Agent (upon the Court's approval of the Debtors' retention of the Claims and Noticing Agent), are authorized, but not directed, to undertake all mailings directed by the Court, the U.S. Trustee, or as required by the Bankruptcy Code, including the Notice of Commencement of these chapter 11 cases, and any other correspondence that the Debtors may wish to send to creditors.

6. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

7. The contents of the Motion satisfy the requirements of Bankruptcy Rule 6003(b).

8. Notice of Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

10. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

New York, New York
Dated: December 6, 2018

                                          **s/Michael E. Wiles**
                                          HONORABLE MICHAEL E. WILES
                                          UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

**Proposed Notice of Commencement**

| | Information to identify the case: | | | |
|---|---|---|---|---|
| Debtor | **Aegean Marine Petroleum Network Inc.,** *et al.* | EIN | **N/A** | |
| United States Bankruptcy Court for the Southern District of New York | | [Date case filed for chapter 11 | **11 / 06 / 2018** MM / DD / YYYY | OR |
| Case number: | **18-13374 (MEW)** | [Date case filed in chapter _____ | MM / DD / YYYY | |
| | | Date case converted to chapter 11 | MM / DD / YYYY | |

Official Form 309F (For Corporations or Partnerships)
# Notice of Chapter 11 Bankruptcy Case                                            12/17

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

1. **Debtor's full name: See chart below.**

| No. | Debtor | Address | Case No. | EIN |
|---|---|---|---|---|
| 1. | Aegean Marine Petroleum Network Inc. | 10 Akti Kondili<br>Piraeus, Greece 185 45 | Case No. 18-13374 | N/A |
| 2. | Aegean (Fujairah) Bunkering S.A. | Trust Company Complex, Ajeltake Road<br>Ajeltake Island<br>Majuro, MH 96960, Marshall Islands | Case No. 18-13375 | N/A |
| 3. | Aegean Ace Maritime Company | 10 Akti Kondili<br>Piraeus, Greece 185 45 | Case No. 18-13376 | N/A |
| 4. | Aegean Agency (Gibraltar) Limited | Suite 2, Block 4, Watergardens<br>Gibraltar GX11 1AA | Case No. 18-13377 | N/A |
| 5. | Aegean Breeze Maritime Company | 10 Akti Kondili<br>Piraeus, Greece 185 45 | Case No. 18-13378 | N/A |
| 6. | Aegean Bunkering (Gibraltar) Limited | Suite 2, Block 4, Watergardens<br>Gibraltar GX11 1AA | Case No. 18-13379 | N/A |
| 7. | Aegean Bunkering (Hong Kong) Limited | Suite B, 12th Floor, Two Chinachem Plaza<br>135 Des Voeux Road Central<br>Hong Kong, China | Case No. 18-13381 | N/A |
| 8. | Aegean Bunkering (Jamaica) Limited | Harbour Head Pen, Rockfort<br>Kingston 2, Jamaica | Case No. 18-13383 | N/A |
| 9. | Aegean Bunkering (Singapore) Pte. Ltd. | 22 Jalan Kilang #06-01 Mova Building<br>Singapore 159419 | Case No. 18-13384 | N/A |
| 10. | Aegean Bunkering (Trinidad) Ltd. | 3 French Street, Woodbrook<br>Port of Spain, Trinidad W.I. | Case No. 18-13386 | N/A |
| 11. | Aegean Bunkering (USA) LLC | 52 Vanderbilt Avenue, Suite 1405<br>New York, New York 10017 | Case No. 18-13373 | 80-0961739 |
| 12. | Aegean Bunkering Combustibles Las Palmas S.A. | 11 Las Palmas De Gran Canari<br>Escobar 35007 | Case No. 18-13387 | N/A |

| | | | | |
|---|---|---|---|---|
| 13. | Aegean Bunkering Morocco SARL AU | Zone Franche de Ksar Majaz<br>Tanger, Morocco | Case No. 18-13389 | N/A |
| 14. | Aegean Bunkering Services Inc. | Trust Company Complex, Ajeltake Road<br>Ajeltake Island<br>Majuro, MH 96960, Marshall Islands | Case No. 18-13391 | N/A |
| 15. | Aegean Caribbean Holdings Inc. | PKF Corporate Services Ltd.<br>Adjodha Building, Laborie Street<br>Castries, Saint Lucia | Case No. 18-13393 | N/A |
| 16. | Aegean Gas Maritime Company | 10 Akti Kondili<br>Piraeus, Greece 185 45 | Case No. 18-13394 | N/A |
| 17. | Aegean Holdings S.A. | Trust Company Complex, Ajeltake Road<br>Ajeltake Island<br>Majuro, MH 96960, Marshall Islands | Case No. 18-13396 | N/A |
| 18. | Aegean Investments S.A. | Trust Company Complex, Ajeltake Road<br>Ajeltake Island<br>Majuro, MH 96960, Marshall Islands | Case No. 18-13397 | N/A |
| 19. | Aegean Maistros Maritime Company | 10 Akti Kondili<br>Piraeus, Greece 185 45 | Case No. 18-13398 | N/A |
| 20. | Aegean Management Services M.C. | 10 Akti Kondili<br>Piraeus, Greece 185 45 | Case No. 18-13399 | N/A |
| 21. | Aegean Marine Petroleum S.A. | 80 Broad Street<br>Monrovia, Republic of Liberia | Case No. 18-13400 | N/A |
| 22. | Aegean Oil (USA), LLC | 52 Vanderbilt Avenue, Suite 1405<br>New York, New York 10017 | Case No. 18-13402 | 27-0122166 |
| 23. | Aegean Oil Terminal Corporation | Trust Company Complex, Ajeltake Road<br>Ajeltake Island<br>Majuro, MH 96960, Marshall Islands | Case No. 18-13404 | N/A |
| 24. | Aegean Petroleum International Inc. | Trust Company Complex, Ajeltake Road<br>Ajeltake Island<br>Majuro, MH 96960, Marshall Islands | Case No. 18-13405 | N/A |
| 25. | Aegean Ship III Maritime Company | 10 Akti Kondili<br>Piraeus, Greece 185 45 | Case No. 18-13407 | N/A |
| 26. | Aegean Ship VIII Maritime Company | 10 Akti Kondili<br>Piraeus, Greece 185 45 | Case No. 18-13408 | N/A |
| 27. | Aegean Ship XII Maritime Company | 10 Akti Kondili<br>Piraeus, Greece 185 45 | Case No. 18-13410 | N/A |
| 28. | Aegean Shipholdings Inc. | Trust Company Complex, Ajeltake Road<br>Ajeltake Island<br>Majuro, MH 96960, Marshall Islands | Case No. 18-13412 | N/A |
| 29. | Aegean Tankfarms Holdings S.A. | Trust Company Complex, Ajeltake Road<br>Ajeltake Island<br>Majuro, MH 96960, Marshall Islands | Case No. 18-13413 | N/A |
| 30. | Aegean Tanking S.A. | 80 Broad Street<br>Monrovia, Republic of Liberia | Case No. 18-13415 | N/A |
| 31. | Aegean Tiffany Maritime Company | 10 Akti Kondili<br>Piraeus, Greece 185 45 | Case No. 18-13416 | N/A |
| 32. | Aegean VII Shipping Ltd. | 25-16 Vicenti Buildings, Strait Street<br>Valletta, VLT 1432, Republic of Malta | Case No. 18-13418 | N/A |
| 33. | Amorgos Maritime Inc. | Trust Company Complex, Ajeltake Road<br>Ajeltake Island<br>Majuro, MH 96960, Marshall Islands | Case No. 18-13420 | N/A |
| 34. | AMPN USA, LLC | 52 Vanderbilt Avenue, Suite 1405<br>New York, New York 10017 | Case No. 18-13421 | 20-8050667 |
| 35. | AMPNI Holdings Co. Limited | Vyronos 36, Nicosia Tower Centre<br>1906 Nicosia, Cyprus | Case No. 18-13423 | N/A |
| 36. | AMPNI Investments Co. Limited | Vyronos 36, Nicosia Tower Centre<br>1906 Nicosia, Cyprus | Case No. 18-13380 | N/A |
| 37. | Andros Marine Limited | Vyronos 36, Nicosia Tower Centre<br>1906 Nicosia, Cyprus | Case No. 18-13382 | N/A |
| 38. | Benmore Services S.A. | 80 Broad Street<br>Monrovia, Republic of Liberia | Case No. 18-13385 | N/A |

| | | | | |
|---|---|---|---|---|
| 39. | Caribbean Renewable Energy Sources Inc. | ILS Fiduciary (BVI) Limited, Mill Mall, Suite 6 Wickhams Cay 1, PO Box 3085, Road Town Tortola, British Virgin Islands | Case No. 18-13388 | N/A |
| 40. | Cephallonia Marine S.A. | 80 Broad Street Monrovia, Republic of Liberia | Case No. 18-13390 | N/A |
| 41. | Dilos Marine Inc. | 80 Broad Street Monrovia, Republic of Liberia | Case No. 18-13392 | N/A |
| 42. | Eton Marine Ltd. | 80 Broad Street Monrovia, Republic of Liberia | Case No. 18-13395 | N/A |
| 43. | Halki Navigation S.A. | 80 Broad Street Monrovia, Republic of Liberia | Case No. 18-13401 | N/A |
| 44. | I.C.S. Petroleum (Montreal) Ltd. | Suite 1450-1066, 555 West Hastings Street Vancouver V6B 4N6 Canada | Case No. 18-13403 | N/A |
| 45. | I.C.S. Petroleum Ltd. | Suite 1450-1066, 555 West Hastings Street Vancouver V6B 4N6 Canada | Case No. 18-13406 | N/A |
| 46. | Ingram Enterprises Co. | 80 Broad Street Monrovia, Republic of Liberia | Case No. 18-13409 | N/A |
| 47. | Ios Marine Inc. | 80 Broad Street Monrovia, Republic of Liberia | Case No. 18-13411 | N/A |
| 48. | Ios Shipping Ltd | 25-16 Vicenti Buildings, Strait Street Valletta, VLT 1432, Republic of Malta | Case No. 18-13414 | N/A |
| 49. | Ithaki Marine S.A. | 80 Broad Street Monrovia, Republic of Liberia | Case No. 18-13417 | N/A |
| 50. | Kassos Navigation S.A. | 80 Broad Street Monrovia, Republic of Liberia | Case No. 18-13419 | N/A |
| 51. | Kerkyra Marine S.A. | 80 Broad Street Monrovia, Republic of Liberia | Case No. 18-13422 | N/A |
| 52. | Kimolos Maritime Inc. | Trust Company Complex, Ajeltake Road Ajeltake Island Majuro, MH 96960, Marshall Islands | Case No. 18-13424 | N/A |
| 53. | Kithnos Maritime Inc. | Trust Company Complex, Ajeltake Road Ajeltake Island Majuro, MH 96960, Marshall Islands | Case No. 18-13425 | N/A |
| 54. | Kythira Marine S.A. | 80 Broad Street Monrovia, Republic of Liberia | Case No. 18-13426 | N/A |
| 55. | Lefkas Marine S.A. | 80 Broad Street Monrovia, Republic of Liberia | Case No. 18-13427 | N/A |
| 56. | Maistros Roro Shipholdings Ltd. | 25-16 Vicenti Buildings, Strait Street Valletta, VLT 1432, Republic of Malta | Case No. 18-13428 | N/A |
| 57. | Milos Shipping (Pte.) Ltd. | 22 Jalan Kilang #06-01 Mova Building Singapore 159419 | Case No. 18-13429 | N/A |
| 58. | Mykonos I Maritime Limited | Vyronos 36, Nicosia Tower Centre 1906 Nicosia, Cyprus | Case No. 18-13430 | N/A |
| 59. | Nevado Navigation S.A. | 80 Broad Street Monrovia, Republic of Liberia | Case No. 18-13431 | N/A |
| 60. | Ostria Roro Shipholdings Ltd. | 25-16 Vicenti Buildings, Strait Street Valletta, VLT 1432, Republic of Malta | Case No. 18-13432 | N/A |
| 61. | Paros Maritime Inc. | Trust Company Complex, Ajeltake Road Ajeltake Island Majuro, MH 96960, Marshall Islands | Case No. 18-13433 | N/A |
| 62. | Paxoi Marine S.A. | 80 Broad Street Monrovia, Republic of Liberia | Case No. 18-13434 | N/A |
| 63. | Santon Limited | 80 Broad Street Monrovia, Republic of Liberia | Case No. 18-13435 | N/A |
| 64. | Santorini I Maritime Limited | Vyronos 36, Nicosia Tower Centre 1906 Nicosia, Cyprus | Case No. 18-13436 | N/A |
| 65. | Sealand Navigation Inc. | Trust Company Complex, Ajeltake Road Ajeltake Island Majuro, MH 96960, Marshall Islands | Case No. 18-13437 | N/A |
| 66. | Serifos Maritime Inc. | Trust Company Complex, Ajeltake Road Ajeltake Island Majuro, MH 96960, Marshall Islands | Case No. 18-13438 | N/A |

| | | | | |
|---|---|---|---|---|
| 67. | Serifos Shipping (Pte.) Ltd. | 22 Jalan Kilang #06-01 Mova Building<br>Singapore 159419 | Case No. 18-13439 | N/A |
| 68. | Sifnos Marine Inc. | 80 Broad Street<br>Monrovia, Republic of Liberia | Case No. 18-13440 | N/A |
| 69. | Symi Navigation S.A. | 80 Broad Street<br>Monrovia, Republic of Liberia | Case No. 18-13441 | N/A |
| 70. | Tasman Seaways Inc. | 80 Broad Street<br>Monrovia, Republic of Liberia | Case No. 18-13442 | N/A |
| 71. | Tempest Shiptrade Ltd | Trust Company Complex, Ajeltake Road<br>Ajeltake Island<br>Majuro, MH 96960, Marshall Islands | Case No. 18-13433 | N/A |
| 72. | Tilos Shipping (Pte.) Ltd. | 22 Jalan Kilang #06-01 Mova Building<br>Singapore 159419 | Case No. 18-13444 | N/A |
| 73. | Tinos Marine Inc. | 80 Broad Street<br>Monrovia, Republic of Liberia | Case No. 18-13445 | N/A |
| 74. | West Coast Fuel Transport Ltd. | Suite 1450-1066, 555 West Hastings Street<br>Vancouver V6B 4N6 Canada | Case No. 18-13446 | N/A |
| 75. | Zakynthos Marine Limited | 80 Broad Street<br>Monrovia, Republic of Liberia | Case No. 18-13447 | N/A |

| 2. | All other names used in the last 8 years |
|---|---|
| | **N/A**. |

| 3. | Address |
|---|---|
| | **See chart above**. |

| 4. | Debtor's attorney |
|---|---|

| KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>James H.M. Sprayregen, P.C.<br>Jonathan S. Henes, P.C.<br>Cristine Pirro Schwarzman<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:    james.sprayregen@kirkland.com<br>    jonathan.henes@kirkland.com<br>    cristine.pirro@kirkland.com<br>    -and-<br>Marc Kieselstein, P.C.<br>Ross M. Kwasteniet, P.C. (*pro hac vice* pending)<br>Adam C. Paul, P.C. (*pro hac vice* pending)<br>W. Benjamin Winger (*pro hac vice* pending)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email:    marc.kieselstein@kirkland.com<br>    ross.kwasteniet@kirkland.com<br>    adam.paul@kirkland.com<br>    benjamin.winger@kirkland.com | <u>Debtors' notice and claims agent (for court documents and case information inquiries)</u>:<br><br>**If by First-Class Mail:**<br>Aegean Marine Petroleum Network Inc.<br>Claims Processing Center<br>c/o Epiq Corporate Restructuring, LLC<br>P.O. Box 4412<br>Beaverton, OR 97076-4412<br><br>**If by Hand Delivery or Overnight Mail:**<br>Aegean Marine Petroleum Network Inc.<br>Claims Processing Center<br>c/o Epiq Corporate Restructuring, LLC<br>10300 SW Allen Blvd.<br>Beaverton, OR 97005<br><br>**Phone:** 212-225-9200<br>**Email:** Aegean@epiqglobal.com<br>**Case website:** https://dm.epiq11.com/aegean |
|---|---|

| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at <u>www.pacer.gov</u>. | **US Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, New York 10004** | Hours open | **Monday − Friday<br>8:30 AM − 5:00 PM** |
|---|---|---|---|---|
| | | | Contact phone | **(914) 467-7250** |

| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br><br>Creditors may attend, but are not required to do so. | Time and Date: **To be Determined**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **To be Determined** |
|---|---|---|---|

**For more information, see page 7 ▶**

| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** | **Not yet set. If a deadline is set, the court will send you another notice.** |
|---|---|---|---|
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |
| | | Your claim will be allowed in the amount scheduled unless: | |
| | | • your claim is designated as *disputed, contingent, or unliquidated*; <br> • you file a proof of claim in a different amount; or <br> • you receive another notice. | |
| | | If your claim is not scheduled or if your claim is designated as *disputed, contingent, or unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. | |
| | | You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. | |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 8. | **Exception to discharge deadline** <br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. <br><br> **Deadline for filing the complaint:** _____ | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |

[*Remainder of page intentionally left blank.*]