| | |
|---|---|
| Marc Kieselstein, P.C. | James H.M. Sprayregen, P.C. |
| Cristine Pirro | Adam C. Paul, P.C. (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS LLP** | W. Benjamin Winger (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | **KIRKLAND & ELLIS LLP** |
| 601 Lexington Avenue | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| New York, New York 10022 | 300 North LaSalle Street |
| Telephone: (212) 446-4800 | Chicago, Illinois 60654 |
| Facsimile: (212) 446-4900 | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGEAN MARINE PETROLEUM | ) | Case No. 18-13374 (MEW) |
| NETWORK INC., *et al.*,[1] | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AGENDA FOR HEARING TO BE HELD**
**JANUARY 14, 2019, AT 11:00 A.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| Time and Date of Hearing: | January 14, 2019, at 11:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | The Honorable Judge Michael E. Wiles<br>United States Bankruptcy Court for the Southern District of New York<br>Alexander Hamilton Custom House<br>One Bowling Green, Courtroom 613<br>New York, New York 10004 |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Epiq Corporate Restructuring LLC, at http://dm.epiq11.com/aegean. Further information may be obtained via email at aegean@epiqglobal.com or by calling 212-225-9200. |

---

[1] Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/aegean. The location of Debtor Aegean Bunkering (USA) LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 52 Vanderbilt Avenue, Suite 1405, New York, New York 10017.

KE 58872240

**I.**     **Matters Going Forward:**

    1.  ***DIP Motion***. Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, and 507 (I) Authorizing the Debtors to Obtain Senior Secured Priming Superpriority Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 17].

    Objection Deadline: November 27, 2018, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    A.  Objection of the Official Committee of Unsecured Creditors of Aegean Marine Petroleum Network Inc., et al. to the Debtors' DIP Financing Motion [Docket No. 113].

    B.  Declaration of Michael Genereux in Support of the Committees Objections to the Debtors' Sale Motion and DIP Financing Motion [Docket No. 114].

    Replies Filed:

    A.  Debtors' Reply in Support of the Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, and 507 (I) Authorizing the Debtors to Obtain Senior Secured Priming Superpriority Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 146].

    Related Documents:

    A.  Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, and 507 (I) Authorizing the Debtors to Obtain Senior Secured Priming Superpriority Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 51].

    B.  Notice of Final DIP Hearing [Docket No. 78].

    C.  Declaration of Andrew D. Hede in Support of (A) Debtors' Motion

    for Entry of Interim and Final Orders Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364, 503, and 507 (I) Authorizing the Debtors to Obtain Senior Secured Priming Superpriority Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief, and (B) Debtors' Motion for Entry of an Order (I) Establishing Bidding Procedures and Section 365 Procedures, (II) Approving the Sale of Substantially all the Debtors' Assets, (III) Authorizing the Entry into and Performance Under the Stalking Horse Asset Purchase Agreement, and (IV) Granting Related Relief [Docket No. 125].

D.  Notice of Adjournment of Hearing and (II) Revised Hearing Time and Location [Docket No. 143].

E.  Notice of Filing of Final Order (I) Authorizing the Debtors to Obtain Senior Secured Priming Superpriority Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 144].

F.  Notice of Hearing Scheduled for December 13, 2018 [Docket No. 200].

G.  Notice of Continued Hearing Scheduled for December 17, 2018 [Docket No. 218].

H.  Notice of Filing of Revised Proposed Final Order (I) Granting Adequate Protection, (II) Authorizing Cash Collateral, (III) Modifying the Automatic Stay, and (IV) Granted Related Relief [Docket No. 220].

I.  Proposed Interim Bridge Order Pursuant to U.S.C. §§ 105, 361, 362, 363, 364, 503, and 507 (I) Authorizing the Debtors to Obtain Senior Secured Priming Superpriority Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 222].

J.  Notice of Hearing Scheduled for January 14, 2019 [Docket No. 246].

K.  Notice of Filing of Revised Final DIP Order Pursuant To 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 (I) Authorizing the Debtors

      to Obtain Senior Secured Priming Superpriority Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay; and (VI) Granting Related Relief [Docket No. 258].

      **Status**: This matter is going forward for the purpose of presenting a proposed final order.

2. ***Restructuring Support Agreement Motion***. Debtors Motion for Entry of an Order (I) Authorizing the Debtors to Enter into and Perform Under Restructuring Support Agreement and (II) Granting Related Relief [Docket No. 223].

    Objection Deadline: January 4, 2019, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    A. Lead Plaintiff's Limited Objection and Reservation of Rights with Respect to Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into and Perform Under Restructuring Support Agreement and (II) Granting Related Relief [Docket No. 110].

    Related Documents:

    A. Notice of Filing Restructuring Support Agreement [Docket No. 206].

    B. Notice of Filing Revised RSA Order [Docket No. 275].

    **Status**: This matter is going forward for the purpose of presenting a proposed order.

| | |
|---|---|
| New York, New York<br>Dated:  January 9, 2019 | */s/ Marc Kieselstein, P.C.*<br>Marc Kieselstein, P.C.<br>Cristine Pirro<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:     (212) 446-4900<br>- and -<br>James H.M. Sprayregen, P.C.<br>Adam C. Paul, P.C. (admitted *pro hac vice*)<br>W. Benjamin Winger (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:     (312) 862-2200<br><br>*Counsel to the Debtors and Debtors in Possession* |