Marc Kieselstein, P.C.
Cristine Pirro
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

James H.M. Sprayregen, P.C
Adam C. Paul, P.C. (admitted *pro hac vice*)
W. Benjamin Winger (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AEGEAN MARINE PETROLEUM NETWORK INC., *et al.,*[1] | ) Case No. 18-13374 (MEW) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**AGENDA FOR HEARING TO BE HELD**
**JANUARY 16, 2019, AT 11:00 A.M. (PREVAILING EASTERN TIME)**

Time and Date of Hearing:    January 16, 2019, at 11:00 a.m. (prevailing Eastern Time)

Location of Hearing:    The Honorable Judge Michael E. Wiles
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Courtroom 617
New York, New York 10004

Copies of Motions:    A copy of each pleading can be viewed on the Court's website at
http://www.nysb.uscourts.gov and the website of the Debtors' notice
and claims agent, Epiq Corporate Restructuring LLC, at
http://dm.epiq11.com/aegean.  Further information may be obtained
via email at aegean@epiqglobal.com or by calling 212-225-9200.

---

[1] Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/aegean.  The location of Debtor Aegean Bunkering (USA) LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 52 Vanderbilt Avenue, Suite 1405, New York, New York 10017.

I.    **Uncontested Matters**

1.    ***Protective Order.***  Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for Entry of a Protective Order to Govern Discovery [Docket No. 148].

Objection Deadline:  January 7, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Replies Filed:  None.

Related Documents:  None.

**Status:** This matter is going forward.

2.    ***Schedules Extension Motion.***  Debtors' Motion Seeking Entry of an Order (I) Granting a Second Extension of Time to File Schedules and Statements of Financial Affairs and (II) Granting Related Relief [Docket No. 247].

Objection Deadline:  January 4, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None.

Replies Filed:  None.

Related Documents:

A.    Certificate of No Objection to Order (I) Granting a Second Extension of Time to File Schedules and Statements of Financial Affairs and (II) Granting Related Relief [Docket No. 278].

**Status**:  This matter is going forward for the purpose of presenting a proposed order.

3.    ***Redaction Motion.***  Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Redact Personal Information from Their Schedules and Statements, (II) Authorizing Employees to Redact Personal Information from Their Proofs of Claim, and (III) Granting Related Relief [Docket No. 264].

Objection Deadline:  January 9, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

2

Replies Filed:  None.

Related Documents:

A.     Certificate of No Objection Regarding Interim Order Granting Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Redact Personal Information from Their Schedules and Statements, (II) Authorizing Employees to Redact Personal Information from Their Proofs of Claim, and (III) Granting Related Relief [Docket No. 277].

**Status**: This matter is going forward for the purpose of presenting a proposed order.

4.     ***Akin Retention Application.***  Application of the Official Committee of Unsecured Creditors of Aegean Marine Petroleum Network Inc., *et al*., to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Counsel, *Nunc Pro Tunc* to November 15, 2018 [Docket No. 248].

Objection Deadline:  January 7, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None.

Replies Filed:  None.

Related Documents:

A.     Certificate of No Objection Regarding Application of the Official Committee of Unsecured Creditors of Aegean Marine Petroleum Network Inc., *et al*., to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Counsel, *Nunc Pro Tunc* to November 15, 2018 [Docket No. 282].

**Status**:   This matter is going forward.

5.     ***PJT Retention Application.***  Application of the Official Committee of Unsecured Creditors of Aegean Marine Petroleum Network Inc., *et al*., for an Order Under 11 U.S.C. §§ 328(a) and 1103, Fed. R. Bankr. P. 2014 and 2016, and Local Rule 2014-1, Authorizing Employment and Retention of PJT Partners LP as Investment Banker, *Nunc Pro Tunc* to November 15, 2018 [Docket No. 249].

Objection Deadline:  January 7, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None.

3

Replies Filed:  None.

Related Documents:

A.    Certificate of No Objection Regarding Application of the Official Committee of Unsecured Creditors of Aegean Marine Petroleum Network Inc., *et al*., for an Order Under 11 U.S.C. §§ 328(a) and 1103, Fed. R. Bankr. P. 2014 and 2016, and Local Rule 2014-1, Authorizing Employment and Retention of PJT Partners LP as Investment Banker, *Nunc Pro Tunc* to November 15, 2018 [Docket No. 283].

**Status**:  This matter is going forward.

6.    ***AlixPartners Retention Application.***    Application of The Official Committee of Unsecured Creditors of Aegean Marine Petroleum Network Inc., *et al*., for Entry of an Order Authorizing the Employment and Retention of AlixPartners, LLP as Its Financial Advisor, *Nunc Pro Tunc* to November 16, 2018 [Docket No. 250].

Objection Deadline:  January 7, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None.

Replies Filed:  None.

Related Documents:

A.    Certificate of No Objection Regarding Application of the Official Committee of Unsecured Creditors of Aegean Marine Petroleum Network Inc., *et al*., for Entry of an Order Authorizing the Employment and Retention of AlixPartners, LLP as Its Financial Advisor, *Nunc Pro Tunc* to November 16, 2018 [Docket No. 284].

**Status**:  This matter is going forward.

7.    ***Protocol Motion.***    Motion of the Official Committee of Unsecured Creditors of Aegean Marine Petroleum Network Inc., *et al*., for Entry of an Order Clarifying the Requirement to Provide Access to Confidential or Privileged Information and Approving a Protocol Regarding Creditor Requests for Information [Docket No. 261].

Objection Deadline:  January 9, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None.

4

<u>Replies Filed</u>:  None.

<u>Related Documents</u>:

A.    Notice of Filing of Revised Creditor Information Protocol Proposed Order [Docket No. 285].

**<u>Status</u>**:   This matter is going forward.

[*Remainder of page intentionally left blank.*]

New York, New York
Dated:  January 11, 2019

*/s/ Marc Kieselstein, P.C.*

Marc Kieselstein, P.C.
Cristine Pirro
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

- and -

James H.M. Sprayregen, P.C.
Adam C. Paul, P.C. (admitted *pro hac vice*)
W. Benjamin Winger (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*