J. Stephen Simms
Simms Showers LLP
201 International Circle
Baltimore, Maryland 21030
Telephone: (410) 783-5795
Facsimile: (410) 510-1789

Special Counsel to the Debtors

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT ) | |
| SOUTHERN DISTRICT OF NEW YORK ) | |
| ) | Chapter 11 |
| In re: ) | Case No. 18-13374 (MEW) |
| AEGEAN MARINE PETROLEUM NETWORK ) | (Jointly Administered) |
| INC., *et al.*, ) | |
| ) | |
|     Debtors. ) | |
| ) | |

# FEE STATEMENT OF SIMMS SHOWERS LLP
# FOR COMPENSATION FOR SERVICES AND
# REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS
# FOR THE PERIOD FROM NOVEMBER 6, 2018 THROUGH JANUARY 19, 2019

| **Name of Applicant** | Simms Showers LLP |
|---|---|
| **Applicant's Role in the Case** | Special Counsel to Debtors |
| Date Order of Employment Signed | December 6, 2018 [ECF 159] |
| Time Period Covered by this Statement | November 6, 2018-January 19, 2019 |

**Summary of Total Fees and Expenses Requested**

| | |
|---|---|
| Monthly Fees Incurred | $12,802.50 |
| Less 20% Holdback | $2,560.50 |
| Monthly Expenses Incurred | - |
| Total Fees and Expenses Due | $10,242 |

This is a monthly application. No prior application has been filed with respect to this

Fee Period.

Pursuant to the Order (I) Pursuant to Section 327(e) of the Bankruptcy Code Authorizing

and Approving Employment and Retention of Simms Showers LLP as Special Counsel to the Debtors Nunc Pro Tunc to the Petition Date and (II) Granting Related Relief, entered on December 6, 2018 [Docket No. 159] and the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals, entered on December 6, 2018 [Docket No. 161], the law firm of Simms Showers LLP, special counsel for the Debtors, hereby submits this fee statement for compensation for professional services rendered and expenses incurred for the period from November 6, 2018 through and including January 19, 2019 (the "Fee Period").

## SUMMARY OF FEE STATEMENT OF SIMMS SHOWERS LLP FOR SERVICES FOR THE PERIOD FROM NOVEMBER 6, 2018 THROUGH JANUARY 19, 2019

| Name of Principals/Partners | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| J. Stephen Simms | 1983 | $525 | 25 | $ 12,802.50 |

| Professional Totals | | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Principals/Partners | | $525 | 25 | $ 12,802.50 |
| Blended Attorney Rate | | $525 | 25 | $ 12,802.50 |
| Total Fees Due | | | | $ 12,802.50 |

## COMPENSATION BY MATTER NUMBER FOR SERVICES RENDERED BY SIMMS SHOWERS LLP FOR THE PERIOD FROM NOVEMBER 6, 2018 THROUGH JANUARY 19, 2019

| Invoice # | Description | Hours | Amount |
|---|---|---|---|
| 16751 | Bunker Claims | 1.9 | $997.50 |
| 16752 | Fednav | 13.8 | $7245 |
| 16753 | KAVO PLATANOS | 1.7 | $760 |
| 16754 | Terms/Conditions | 7.6 | $3800 |

Detail on pages herewith.

Dated: January 20, 2019.

Respectfully Submitted,

/s/ J. Stephen Simms
J. Stephen Simms
Simms Showers LLP
201 International Circle
Baltimore, Maryland 21030
Telephone: (410) 783-5795
Facsimile: (410) 510-1789

Special Counsel to the Debtors

## CERTIFICATE OF SERVICE

I hereby certify that on this January 20, 2019 I caused the foregoing and accompanying pages to be filed on the Court's CM/ECF system to be served on all record counsel and also served per the Court's December 6, 2018 Order a copy of the foregoing and accompanying pages, to be served on all those as required by the Order and as set out on the accompanying service list.

/s/ J. Stephen Simms

# SIMMS SHOWERS LLP
## 201 INTERNATIONAL CIRCLE
### SUITE 250
### HUNT VALLEY, MD 21030

### STATEMENT FOR PROFESSIONAL SERVICES RENDERED

TO:

Aegean Bunkering (USA) LLC
299 Park Avenue
2nd Floor
New York, NY 10171

FEDERAL TAX ID No. 52-1880551

Payments by Wire Transfer may be made to our account as follows: J. Stephen Simms, P.C., Account No. 18294617, M&T Bank, 25 S. Charles Street, Baltimore, Maryland 21202, ABA Routing No. 022000046, SWIFT Code: MANTUS33INT

January 20, 2019

In Reference To: Bunker Claims

Invoice # 16751

Professional services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/20/2018 | JSS | Correspondence<br>From bankruptcy counsel, ordinary course professional motion, affidavit | 0.20<br>525.00/hr | 105.00 |
| 11/26/2018 | JSS | Correspondence<br>From to claimant's counsel, potential assignment of claims against Trafigura | 0.20<br>525.00/hr | 105.00 |
| 12/2/2018 | JSS | Correspondence<br>To Aegean bankruptcy counsel, ordinary course professional affidavit, finalize | 0.60<br>525.00/hr | 315.00 |
| 12/3/2018 | JSS | Correspondence<br>Further to, from Aegean bankruptcy counsel, certificate of disinterestedness | 0.20<br>525.00/hr | 105.00 |
| 1/2/2019 | JSS | Conference<br>From counsel for shipowner, bunker claims; potential assignment of claims against Trafigura | 0.20<br>525.00/hr | 105.00 |
| 1/4/2019 | JSS | Correspondence<br>From counsel for shipowner, bunker claims; to shipowner counsel, with Trafigura terms, Aegean terms ( series) | 0.50<br>525.00/hr | 262.50 |

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 1.90 | $997.50 |
| Balance due |  | $997.50 |
| Discount if paid by 1/25/2019 |  | ($49.88) |
| Amount due if paid by 1/25/2019 |  | $947.62 |
| Amount due if paid after 1/25/2019 |  | $997.50 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| J. Stephen Simms | 1.90 | 525.00 | $997.50 |

This statement is due on transmission. All professional fees and expenses not paid within 10 days after the date of this statement will incur interest on the outstanding balance running from the date of this statement, at a rate of 24% per annum. You must pay a further attorneys fee of 15% of any balance for which we must sue you to collect and all court costs for that collection. We provide our professional service pursuant to the terms and conditions set out in our law firm's Billing Guidelines, a copy of which we have provided you. Please contact us if you require an additional copy.

We appreciate your continued confidence and welcome any questions that you have about this statement. It is important to us that you are satisfied with the statement and our professional services for you.

Please do not hesitate to phone Steve Simms (410-783-5795) with any question or comment that you have about this statement or about any aspect of the professional services which we have provided you.

Our Billing Guidelines, provided you at the beginning of our representation, describe how we have computed the charges of this statement and detail our value-centered approach to the billing of legal services to our clients. These Guidelines control the terms of this statement and our billing and collection for our work for you. Please ask us for any further copies of the Guidelines that you would like.

# SIMMS SHOWERS LLP
201 INTERNATIONAL CIRCLE
SUITE 250
HUNT VALLEY, MD 21030

STATEMENT FOR PROFESSIONAL SERVICES RENDERED

TO:

Aegean Bunkering (USA) LLC
299 Park Avenue
2nd Floor
New York, NY 10171

FEDERAL TAX ID No. 52-1880551

Payments by Wire Transfer may be made to our account as follows: J. Stephen Simms, P.C., Account No. 18294617, M&T Bank, 25 S. Charles Street, Baltimore, Maryland 21202, ABA Routing No. 022000046, SWIFT Code: MANTUS33INT

January 20, 2019

In Reference To: Fednav Recovery

Invoice # 16752

Professional services

| Date | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 11/28/2018 | JSS | Correspondence<br>Correspondence, from, to client (Captain Roberts), proceeding and recovery; review materials from client re Fednav nonpayment; demand to Fednav, payment (series) | | 1.80<br>525.00/hr | 945.00 |
| | JSS | Correspondence<br>Correspondence, from Fednav, response back to Fenav, to client, further demand for payment (series) | | 0.40<br>525.00/hr | 210.00 |
| 11/29/2018 | JSS | Work on<br>From, to client, Aegean bankruptcy counsel (Mr. Uelk) re, strategy and proceeding; with Fednav (Ms. Perrella), payment demand; correspondence to, from Fednav, Aegean bankruptcy counsel, client; research, status of vessels and potential arrest, claims, to client, strategy and proceeding; with client (Mr. Drago, Captain Roberts), Aegean bankruptcy counsel (Mr. Uelk), series | | 3.60<br>525.00/hr | 1,890.00 |
| | JSS | Correspondence<br>Further from client, payments by Fednav; to client, to Fednav; from Fednav; correspondence to Devbulk re chartered vessel (MV LADHY SALIHA), to client (series) | | 1.70<br>525.00/hr | 892.50 |

Aegean Bunkering (USA) LLC

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/30/2018 | JSS | Work on<br>From to client; with client (Captain Roberts) and Aegean Bankruptcy Counsel (Mr. Uelk); correspondence to, from Fednav, Fednav counsel; correspondence to, from client, Aegean Bankruptcy Counsel; confirmation of payment; track vessels (series) | 1.70<br>525.00/hr | 892.50 |
| 12/3/2018 | JSS | Work on<br>Further to Fednav, further demands to vessel owners, overdue payments from Fednav; from, to client, with client, with Aegean bankruptcy counsel (series) | 1.80<br>525.00/hr | 945.00 |
| 12/4/2018 | JSS | Work on<br>From, to Aegean (Capt. Roberts), Aegean bankruptcy counsel, Fednav, Fednav counsel, payment to Aegean; contractual terms with Fednav (series) | 1.10<br>525.00/hr | 577.50 |
| 12/5/2018 | JSS | Work on<br>Further demands to shipowners, Fednav; track vessels; correspondence to Aegean, strategy and proceeding; from Aegean, confirmation of payment, to owners, Fednav, confirmation of payment (series) | 1.70<br>525.00/hr | 892.50 |

|  |  |  |
|---|---|---|
| For professional services rendered | 13.80 | $7,245.00 |

| | |
|---|---|
| Balance due | $7,245.00 |
| Discount if paid by 1/25/2019 | ($362.25) |
| Amount due if paid by 1/25/2019 | $6,882.75 |
| Amount due if paid after 1/25/2019 | $7,245.00 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| J. Stephen Simms | 13.80 | 525.00 | $7,245.00 |

This statement is due on transmission. All professional fees and expenses not paid within 10 days after the date of this statement will incur interest on the outstanding balance running from the date of this statement, at a rate of 24% per annum. You must pay a further attorneys fee of 15% of any balance for which we must sue you to collect and all court costs for that collection. We provide our professional service pursuant to the terms and conditions set out in our law firm's Billing Guidelines, a copy of which we have provided you. Please contact us if you require an additional copy.

We appreciate your continued confidence and welcome any questions that you have about this statement.  It is important to us that you are satisfied with the statement and our professional services for you.

Please do not hesitate to phone Steve Simms (410-783-5795) with any question or comment that you have about this statement or about any aspect of the professional services which we have provided you.

Our Billing Guidelines, provided you at the beginning of our representation, describe how we have computed the charges of this statement and detail our value-centered approach to the billing of legal services to our clients.  These Guidelines control the terms of this statement and our billing and collection for our work for you.  Please ask us for any further copies of the Guidelines that you would like.

# SIMMS SHOWERS LLP
201 INTERNATIONAL CIRCLE
SUITE 250
HUNT VALLEY, MD 21030

STATEMENT FOR PROFESSIONAL SERVICES RENDERED

TO:

Aegean Marine Petroleum S.A.
Akti Kondili 10
185 45 Piraeus, Greece

FEDERAL TAX ID No. 52-1880551

Payments by Wire Transfer may be made to our account as follows: J. Stephen Simms, P.C., Account No. 18294617, M&T Bank, 25 S. Charles Street, Baltimore, Maryland 21202, ABA Routing No. 022000046, SWIFT Code: MANTUS33INT

January 20, 2019

In Reference To:  M/V KAVO PLATANOS / Canpotex

Invoice #  16753

Professional services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/3/2019 | JSS | Work on<br>From, to Canpotex counsel, report to Court; opinions to report to Court (series) | 0.60<br>475.00/hr | 285.00 |
| 1/7/2019 | JSS | Correspondence<br>From, to opposing counsel, report to Court | 0.30<br>475.00/hr | 142.50 |
|  | JSS | Work on<br>With Mr. McEwen, Canpotex lead counsel; finalize, file, status report with US District Court | 0.70<br>475.00/hr | 332.50 |
| 1/8/2019 | DMH | Work on<br>Download status report | 0.10<br>140.00/hr | NO CHARGE |

| For professional services rendered | 1.70 | $760.00 |
|---|---|---|
| Interest on overdue balance |  | $834.56 |

Total amount of this bill                                                                                                  $1,594.56

Previous balance                                                                                                                $2,238.50

|  | Amount |
|---|---|
| Balance due | $3,833.06 |
| Discount if paid by 1/25/2019 | ($38.00) |
| Amount due if paid by 1/25/2019 | $3,795.06 |
| Amount due if paid after 1/25/2019 | $3,833.06 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Debra M. Hnat | 0.10 | 0.00 | $0.00 |
| J. Stephen Simms | 1.60 | 475.00 | $760.00 |

This statement is due on transmission. All professional fees and expenses not paid within 10 days after the date of this statement will incur interest on the outstanding balance running from the date of this statement, at a rate of 24% per annum. You must pay a further attorneys fee of 15% of any balance for which we must sue you to collect and all court costs for that collection. We provide our professional service pursuant to the terms and conditions set out in our law firm's Billing Guidelines, a copy of which we have provided you. Please contact us if you require an additional copy.

We appreciate your continued confidence and welcome any questions that you have about this statement. It is important to us that you are satisfied with the statement and our professional services for you.

Please do not hesitate to phone Steve Simms (410-783-5795) with any question or comment that you have about this statement or about any aspect of the professional services which we have provided you.

Our Billing Guidelines, provided you at the beginning of our representation, describe how we have computed the charges of this statement and detail our value-centered approach to the billing of legal services to our clients. These Guidelines control the terms of this statement and our billing and collection for our work for you. Please ask us for any further copies of the Guidelines that you would like.

# SIMMS SHOWERS LLP
201 INTERNATIONAL CIRCLE
SUITE 250
HUNT VALLEY, MD 21030

STATEMENT FOR PROFESSIONAL SERVICES RENDERED

TO:

Aegean Bunkering (USA) LLC
299 Park Avenue
2nd Floor
New York, NY 10171

FEDERAL TAX ID No. 52-1880551

Payments by Wire Transfer may be made to our account as follows: J. Stephen Simms, P.C., Account No. 18294617, M&T Bank, 25 S. Charles Street, Baltimore, Maryland 21202, ABA Routing No. 022000046, SWIFT Code: MANTUS33INT

January 20, 2019

In Reference To: Terms and Conditions

Invoice # 16641

Professional services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/10/2018 JSS | Work on<br>Further draft, terms and conditions; correspondence to client | | 1.20<br>500.00/hr | 600.00 |
| 12/11/2018 JSS | Work on<br>Redrafted terms and conditions, finalize, correspondence to client | | 3.60<br>500.00/hr | 1,800.00 |
| 12/19/2018 JSS | Correspondence<br>To, from client ( Captain Roberts ) , further on terms and conditions, BDN requirement | | 0.40<br>500.00/hr | 200.00 |
| 1/7/2019 JSS | Correspondence<br>From client, review of redtrafted terms | | 0.10<br>500.00/hr | 50.00 |
| 1/8/2019 JSS | Correspondence<br>To Captain Roberts, on further revised Terms | | 0.50<br>500.00/hr | 250.00 |
| 1/9/2019 JSS | Work on<br>From, to Captain Roberts, comments on draft terms and conditions, response to comments and further draft | | 1.80<br>500.00/hr | 900.00 |

|  |  | |
|---|---|---|
| For professional services rendered | 7.60 | $3,800.00 |
| Interest on overdue balance | | $652.01 |

Aegean Bunkering (USA) LLC                                                      Page    2

|                                      | Amount      |
|---|---|
| Total amount of this bill            | $4,452.01   |
| Previous balance                     | $3,350.00   |
| Balance due                          | $7,802.01   |
| Discount if paid by 1/25/2019        | ($190.00)   |
| Amount due if paid by 1/25/2019      | $7,612.01   |
| Amount due if paid after 1/25/2019   | $7,802.01   |

### Timekeeper Summary

| Name              | Hours | Rate   | Amount    |
|---|---|---|---|
| J. Stephen Simms  | 7.60  | 500.00 | $3,800.00 |

This statement is due on transmission. All professional fees and expenses not paid within 10 days after the date of this statement will incur interest on the outstanding balance running from the date of this statement, at a rate of 24% per annum. You must pay a further attorneys fee of 15% of any balance for which we must sue you to collect and all court costs for that collection. We provide our professional service pursuant to the terms and conditions set out in our law firm's Billing Guidelines, a copy of which we have provided you. Please contact us if you require an additional copy.

We appreciate your continued confidence and welcome any questions that you have about this statement. It is important to us that you are satisfied with the statement and our professional services for you.

Please do not hesitate to phone Steve Simms (410-783-5795) with any question or comment that you have about this statement or about any aspect of the professional services which we have provided you.

Our Billing Guidelines, provided you at the beginning of our representation, describe how we have computed the charges of this statement and detail our value-centered approach to the billing of legal services to our clients. These Guidelines control the terms of this statement and our billing and collection for our work for you. Please ask us for any further copies of the Guidelines that you would like.

**Service List Per Court's Compensation Order – December 6, 2018**

Aegean Marine Petroleum Network Inc., 52 Vanderbilt Avenue, Suite 1405, New York, New York 10017, Attn: Spyros Fokas - sfokas@ampni.com

Kirkland & Ellis LLP, 601 Lexington Avenue, New; York, New York 10022, Attn: Jonathan S. Henes,P.C. and Cristine Pirro - jhenes@kirkland.com ; cristine.pirro@kirkland.com

Kirkland & Ellis LLP 300 North LaSalle, Chicago, Illinois 60654, Attn: Marc Kieselstein, P.C., Ross M. Kwasteniet, P.C., Adam C. Paul, P.C., and W. Benjamin Winger - mkieselstein@kirkland.com

United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Brian S. Masumoto and Andrew Velez-Rivera - nysbnotice@gmail.com

Scott Greissman, Elizabeth Feld, Mark Franke, WHITE & CASE LLP, 1221 Avenue of the Americas, New York, New York 10020-1095 - sgreissman@whitecase.com; efeld@whitecase.com; mfranke@whitecase.com

Clifford Chance LLP, 31 West 52nd Street, New York, New York 10019-6131, Attn: Jennifer DeMarco, Esq. - jennifer.demarco@cliffordchance.com

Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019, Attn: Ana Alfonso, Esq. - aalfonso@willkie.com

Allen & Overy LLP, One Bishops Square, London E1 6AD, Attn: Jennifer Marshall, Esq. - jennifer.marshall@allenovery.com

Norton Rose Fulbright US LLP, 1301 McKinney, Suite 5100, Houston, Texas 77010; Attn: Louis Strubeck, Esq. and Josh Agrons, Esq. - louis.strubeck@nortonrosefulbright.com; josh.agrons@nortonrosefulbright.com

Milbank, Tweed, Hadley & McCloy LLP, 28 Liberty Street, New York, New York 10005-1413, Attn: Abhilash Raval, Esq. and Lauren C. Doyle, Esq. - araval@milbank.com; ldoyle@milbank.com

U.S. Bank National Association, 100 Wall Street, Suite 1600, New York, New York 10005, Attn: Office of the Trustee (by mail 1/21/2019)

Deutsche Bank Trust Company Americas, 60 Wall Street, New York, New York 10005, Attn: Trust and Agency Services (by mail 1/21/2019)

Akin Gump Strauss Hauer &Feld LLP, Bank of America Tower, 1 Bryant Park, New York, New York 10036, Attn: Philip Dublin, Esq - pdublin@akingump.com

Counsel to the Committee -Ira S. Dizengoff , Akin, Gump, Strauss, Hauer & Feld, LLP , One Bryant Park, New York, NY 10036  idizengoff@akingump.com

**[Those parties requesting notice pursuant to Bankruptcy Rule 2002]**

Aaron Colodny, White & Case LLP, 555 S. Flower Street, Suite 2700, Los Angeles, CA  90071-2433, aaron.colodny@whitecase.com

Jason N. Zakia, White & Case LLP, 227 W. Monroe Street, Suite 3900, Chicago, ILL 60606-5055 – jzakia@whitecase.com

Thomas E. Lauria, Matthew C. Brown, White & Case LLP. Southeast Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131-2352 – tlauria@whitecase.com , mbrown@whitecase.com

Harrison Denman, Charles Koster, White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020-1095 – Harrison.denman@whitecase.com; Charles.koster@whitecase.com

Michael S. Etkin, Esq., Andrew Behlmann, Esq., LOWENSTEIN SANDLER LLP, One Lowenstein Drive, Roseland, New Jersey 070068, metkin@lowenstein.com; abehlmann@lowenstein.com

Nicole Lavallee, Esq., Christopher T. Heffelfinger, Esq., Chowning Poppler, Esq., BERMAN T ABACCO, 44 Montgomery Street, Suite 650, San Francisco, CA 94104, nlavallee@bernmntabacco.com; cheffelfingerl@.bermantabacco.com; cpoppler@bermantabacco.com

George M. Chalos, Esq., Briton P. Sparkman,  Esq., Melissa D. Patzelt-Russo, Esq., CHALOS & CO, P.C., 55 Hamilton Avenue, Oyster Bay, NY 11771 - gmc@chaloslaw.com; bsparkman@chaloslaw.com; mrusso@chaloslaw.com

Marc D. Ashley, Esq., Robert Kirby, Esq., Louis R. Strubeck, Jr., Esq., James A. Copeland, Esq., NORTON ROSE FULBRIGHT US LLP, 1301 Avenue of the Americas, New York, New York 10019-6022,  marc.ashley@nortonrosefulbright.com ; robert.kirby@nortonrosefulbright.com ; louis.strubeck@nortonrosefulbright.com; james.copeland@nortonrosefulbright.com

Kristian W. Gluck, Esq., NORTON ROSE FULBRIGHT US LLP, 2200 Ross Avenue, Suite 3600, Dallas, Texas 75201-7932 - kristian.gluck@nortonrosefulbright.com

Holland & Knight LLP, 31 West 52nd Street, New York, New York 10019, Attn: Arthur E. Rosenberg, Esq - arthur.rosenberg@hklaw.com

Mark Somerstein, ROPES & GRAY LLP, 1211 Avenue of the Americas, New York, NY 10036-8704 - mark.somerstein@ropesgray.com

Patricia Chen, ROPES & GRAY LLP, Prudential Tower, 800 Boylston Street, Boston, MA 02199-3600 - patricia.chen@ropesgray.com

Eric A. Henzy, Zeisler & Zeisler, P.C., 10 Middle Street, 15th Floor, Bridgeport, CT 06604 - ehenzy@zeislaw.com

Jane VanLare, Shannon A. Daugherty, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006 - jvanlare@cgsh.com; sdaugherty@cgsh.com

LOEB & LOEB LLP, Walter H. Curchack, Bethany D. Simmons, 345 Park Avenue, New York, NY 10154 - wcurchack@loeb.com; bsimmons@loeb.com

MASLON LLP, Clark T. Whitmore, Ana Chilingarishvili, Jason M. Reed, 90 S. Seventh Street, Suite 3300, Minneapolis, MN 55402 - Clark.Whitmore@Maslon.com; Ana.Chilingarishvili@Maslon.com; Jason.Reed@Maslon.com

VEDDER PRICE P.C., John E. Bradley, Michael J. Edelman, 1633 Broadway, 31st Floor, New York, New York 10019 - JBradley@VedderPrice.com; MJEdelman@VedderPrice.com

Ana M. Alfonso, WILLKIE FARR & GALLAGHER LLP, 787 Seventh Avenue, New York, New York 10019 - aalfonso@willkie.com

Paul R. Weiner, Esq., Suzanne Durney, Meena Veerappan, ABN AMRO, 100 Park Avenue, New York, New York 10017 - paul.weiner@abnamro.com; suzanne.durney@abnamro.com; meena.veerappan@abnamro.com