| | |
|---|---|
| Marc Kieselstein, P.C. | James H.M. Sprayregen, P.C |
| Cristine Pirro | Adam C. Paul, P.C. (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS LLP** | W. Benjamin Winger (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | **KIRKLAND & ELLIS LLP** |
| 601 Lexington Avenue | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| New York, New York 10022 | 300 North LaSalle Street |
| Telephone:  (212) 446-4800 | Chicago, Illinois 60654 |
| Facsimile:  (212) 446-4900 | Telephone:  (312) 862-2000 |
| | Facsimile:  (312) 862-2200 |

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| AEGEAN MARINE PETROLEUM NETWORK INC., *et al.*,[1] | ) | Case No. 18-13374 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AGENDA FOR HEARING TO BE HELD**
**FEBRUARY 14, 2019, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

Time and Date of Hearing:   February 14, 2019, at 10:00 a.m. (prevailing Eastern Time)

Location of Hearing:   The Honorable Judge Michael E. Wiles
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Courtroom 617
New York, New York 10004

Copies of Motions:   A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Epiq Corporate Restructuring LLC, at http://dm.epiq11.com/aegean. Further information may be obtained via email at aegean@epiqglobal.com or by calling 212-225-9200.

---

[1] Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/aegean. The location of Debtor Aegean Bunkering (USA) LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 52 Vanderbilt Avenue, Suite 1405, New York, New York 10017.

**I.    Matters Going Forward**

1.  ***Moelis Retention Application.*** Debtors' Application for Entry of an Order (A) Authorizing the Employment and Retention of Moelis & Company LLC as Its Investment Banker and Financial Advisor for the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to the Petition Date; (B) Waiving and Modifying Certain Time-Keeping Requirements; and (C) Granting Related Relief [Docket No. 289].

    Objection Deadline:  February 1, 2019, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:  Informal comments from the Office of the United States Trustee (the "U.S. Trustee") and the official committee of unsecured creditors (the "Committee").

    Replies Filed:  None.

    Related Documents:

    A.  Notice of Adjournment of February 13, 2019 Hearing [Docket No. 333].

    B.  Corrected Notice of Adjournment of February 13, 2019 Hearing [Docket No. 338].

    **Status**: This matter is going forward.

2.  ***Disclosure Statement Motion.*** Debtors' Motion for Entry of an Order (I) Approving the (A) Adequacy of Information in the Disclosure Statement, (B) Solicitation and Notice Procedures, (C) Forms of Ballots and Notices in Connection Therewith, and (D) Certain Dates with Respect Thereto, and (II) Granting Related Relief [Docket No. 300].

    Objection Deadline:  February 12, 2019, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:  Informal comments from the U.S. Securities & Exchange Commission (the "SEC").

    Replies Filed:  None.

    Related Documents:

    A.  Notice of Disclosure Statement Hearing [Docket No. 301].

B.      Disclosure Statement for the Joint Plan of Reorganization of Aegean Marine Petroleum Network Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 302].

C.      Joint Plan of Reorganization of Aegean Marine Petroleum Network Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 303].

D.      Notice of Filing of Exhibits to the Disclosure Statement for the Joint Plan of Reorganization of Aegean Marine Petroleum Network Inc., and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 316].

E.      Notice of Filing of Exhibit to the Disclosure Statement for the Joint Plan of Reorganization of Aegean Marine Petroleum Network Inc. And Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 317].

F.      Affidavit of Service [Docket No. 323].

**Status**:    This matter is going forward.

*[Remainder of page intentionally left blank.]*

| | |
|---|---|
| New York, New York<br>Dated:  February 11, 2019 | */s/ Marc Kieselstein*<br>Marc Kieselstein, P.C.<br>Cristine Pirro<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:     (212) 446-4900<br>- and -<br>James H.M. Sprayregen, P.C.<br>Adam C. Paul, P.C. (admitted *pro hac vice*)<br>W. Benjamin Winger (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:     (312) 862-2200<br><br>*Counsel to the Debtors and Debtors in Possession* |