Marc Kieselstein, P.C.
Cristine Pirro
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

James H.M. Sprayregen, P.C.
Adam C. Paul, P.C. (admitted *pro hac vice*)
W. Benjamin Winger (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AEGEAN MARINE PETROLEUM NETWORK INC., *et al.,*[1] | ) Case No. 18-13374 (MEW) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## AMENDED[2] AGENDA FOR TELEPHONIC HEARING TO BE HELD
## MARCH 13, 2019, AT 11:00 A.M. (PREVAILING EASTERN TIME)

Time and Date of Hearing:    March 13, 2019, at 11:00 a.m. (prevailing Eastern Time)

Location of Hearing:    The Honorable Judge Michael E. Wiles
United States Bankruptcy Court for the Southern District of New York
**Proceeding will be held telephonically only**
**Contact Courtcall at 1-888-882-6878 to participate**

Copies of Motions:    A copy of each pleading can be viewed on the Court's website at
http://www.nysb.uscourts.gov and the website of the Debtors' notice
and claims agent, Epiq Corporate Restructuring LLC, at
http://dm.epiq11.com/aegean. Further information may be obtained via
email at aegean@epiqglobal.com or by calling 212-225-9200.

---

[1]    Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/aegean. The location of Debtor Aegean Bunkering (USA) LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 52 Vanderbilt Avenue, Suite 1405, New York, New York 10017.

[2]    **Amended items appear in bold.**

## I.    Uncontested Matters Going Forward

1.    ***Exclusivity Motion.***  Debtors' Motion for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code, and (II) Granting Related Relief [Docket No. 407].

Objection Deadline:  March 6, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:  None.

A.    Certificate of No Objection Regarding Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code [Docket No. 431].

**Status**:  This matter is going forward for the purpose of presenting a proposed order.

2.    ***Arnold & Porter Interim Fee Application.***  First Interim Fee Application of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period from November 6, 2018 Through December 31, 2018 [Docket No. 372].

Objection Deadline:  March 6, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A.    Response of the United States Trustee Regarding Fee Applications for First Interim Awards of Compensation and Reimbursement of Out-of-Pocket Expenses [Docket No. 429].

Related Documents:

A.    Notice of Omnibus Hearing Date and Hearing on First Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expense [Docket No. 353].

B.    Supplemental Declaration of D. Tyler Nurnberg in Support of the First Interim Fee Application of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period From November 6, 2018 Through December 31, 2018 [Docket No. 425].

2

    C.    **Certificate of No Objection Regarding First Interim Applications for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses [Docket No. 435].**

**Status**:  This matter is going forward.

3.    ***Akin Gump Interim Fee Application.***  First Interim Application for Allowance of Compensation and Reimbursement of Expenses by Akin Gump Strauss Hauer & Feld LLP as Counsel to the Official Committee of Unsecured Creditors of Aegean Marine Petroleum Network, Inc., et al. for the Period of November 15, 2018 Through and Including December 31, 2018 [Docket No. 373].

Objection Deadline:  March 6, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

    A.    Response of the United States Trustee Regarding Fee Applications for First Interim Awards of Compensation and Reimbursement of Out-of-Pocket Expenses [Docket No. 429].

Related Documents:

    A.    Notice of Omnibus Hearing Date and Hearing on First Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expense [Docket No. 353].

    B.    **Certificate of No Objection Regarding First Interim Applications for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses [Docket No. 435].**

**Status**:  This matter is going forward.

4.    ***AlixPartners Interim Fee Application.***  AlixPartners, LLP's First Interim Application for the Period November 16, 2018 Through December 31, 2018 for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors [Docket No. 374].

Objection Deadline:  March 6, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

    A.    Response of the United States Trustee Regarding Fee Applications for First Interim Awards of Compensation and Reimbursement of Out-of-Pocket Expenses [Docket No. 429].

Related Documents:

A.    Notice of Omnibus Hearing Date and Hearing on First Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expense [Docket No. 353].

B.    **Certificate of No Objection Regarding First Interim Applications for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses [Docket No. 435].**

Status:  This matter is going forward.

5.    *PJT Partners Interim Fee Application.*  First Interim Fee Application of PJT Partners LP as Investment Banker to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Out-Of-Pocket Expenses Incurred for the Period of November 15, 2018 Through December 31, 2018 [Docket No. 375].

Objection Deadline:  March 6, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A.    Response of the United States Trustee Regarding Fee Applications for First Interim Awards of Compensation and Reimbursement of Out-of-Pocket Expenses [Docket No. 429].

Related Documents:

A.    Notice of Omnibus Hearing Date and Hearing on First Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expense [Docket No. 353].

B.    First Supplemental Declaration of Tara Flanagan in Connection with the Retention and Employment of PJT Partners LP as Investment Banker to the Official Committee of Unsecured Creditors [Docket No. 430].

C.    **Certificate of No Objection Regarding First Interim Applications for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses [Docket No. 435].**

Status:  This matter is going forward.

4

6.      ***Kobre & Kim Interim Fee Application.***  First Application of Kobre & Kim LLP, Special Counsel to the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from November 6, 2018 Through December 31, 2018 [Docket No. 376].

Objection Deadline:  March 6, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A.      Response of the United States Trustee Regarding Fee Applications for First Interim Awards of Compensation and Reimbursement of Out-of-Pocket Expenses [Docket No. 429].

Related Documents:

A.      Notice of Omnibus Hearing Date and Hearing on First Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expense [Docket No. 353].

B.      **Certificate of No Objection Regarding First Interim Applications for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses [Docket No. 435].**

**Status**:  This matter is going forward.

7.      ***Kirkland & Ellis Interim Fee Application.***  First Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors for the Period from November 6, 2018 Through and Including December 31, 2018 [Docket No. 377].

Objection Deadline:  March 6, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A.      Response of the United States Trustee Regarding Fee Applications for First Interim Awards of Compensation and Reimbursement of Out-of-Pocket Expenses [Docket No. 429].

Related Documents:

A.      Notice of Omnibus Hearing Date and Hearing on First Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for

Reimbursement of Actual and Necessary Expense [Docket No. 353].

B.   **Certificate of No Objection Regarding First Interim Applications for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses [Docket No. 435].**

**Status**:  This matter is going forward.

8.   ***EY Interim Fee Application.***  EY Turnaround Management Services LLC's First Interim Application for the Period November 6, 2018 Through December 31, 2018 for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Restructuring Advisor to the Debtors [Docket No. 378].

Objection Deadline:  March 6, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A.   Response of the United States Trustee Regarding Fee Applications for First Interim Awards of Compensation and Reimbursement of Out-of-Pocket Expenses [Docket No. 429].

Related Documents:

A.   Notice of Omnibus Hearing Date and Hearing on First Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expense [Docket No. 353].

B.   **Certificate of No Objection Regarding First Interim Applications for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses [Docket No. 435].**

**Status**:  This matter is going forward.

New York, New York
Dated:  March 11, 2019

/s/ Marc Kieselstein

Marc Kieselstein, P.C.
Cristine Pirro
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

- and -

James H.M. Sprayregen, P.C.
Adam C. Paul, P.C. (admitted *pro hac vice*)
W. Benjamin Winger (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*