Marc Kieselstein, P.C.
Cristine Pirro
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

James H.M. Sprayregen, P.C.
Adam C. Paul, P.C. (admitted *pro hac vice*)
W. Benjamin Winger (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGEAN MARINE PETROLEUM NETWORK INC., *et al.,*[1] | ) | Case No. 18-13374 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AGENDA FOR HEARING TO BE HELD**
**MARCH 26, 2019, AT 2:00 P.M. (PREVAILING EASTERN TIME)**

Time and Date of Hearing:    March 26, 2019, at 2:00 p.m. (prevailing Eastern Time)

Location of Hearing:    The Honorable Judge Michael E. Wiles
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Courtroom 617
New York, New York 10004

Copies of Motions:    A copy of each pleading can be viewed on the Court's website at
http://www.nysb.uscourts.gov and the website of the Debtors' notice
and claims agent, Epiq Corporate Restructuring LLC, at
http://dm.epiq11.com/aegean.  Further information may be obtained via
email at aegean@epiqglobal.com or by calling 212-225-9200.

---

[1]    Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtors and the last four digits
of their tax identification, registration, or like numbers is not provided herein.  A complete list of such information
may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/aegean.  The
location of Debtor Aegean Bunkering (USA) LLC's principal place of business and the Debtors' service address
in these chapter 11 cases is 52 Vanderbilt Avenue, Suite 1405, New York, New York 10017.

I.    **Matters Going Forward**

1.    ***Chapter 11 Plan of Reorganization***.    Joint Plan of Reorganization of Aegean Marine Petroleum Network Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 482, Exhibit A].

Objection Deadline:    March 19, 2019, at 4:00 p.m. (prevailing Eastern Time).

Briefs in Support:

A.    Debtors' Memorandum of Law in Support of Confirmation of the Joint Plan of Reorganization of Aegean Marine Petroleum Network Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code and Omnibus Reply to Objections Thereto [Docket No. 476].

B.    Statement of the Official Committee of Unsecured Creditors of Aegean Marine Petroleum Network Inc., *et al*. in Support of Confirmation of the Plan and Joinder in Support of the Debtors' Briefs in Support of Confirmation [Docket No. 477].

C.    Debtors' Memorandum of Law in Support of Nonconsensual Third Party Release [Docket No. 478].

Responses Received:

A.    Limited Objection of the U.S. Securities and Exchange Commission to Confirmation of the Debtors' Joint Plan of Reorganization [Docket No. 454].

B.    Plaintiff's Reservation of Rights with Respect to Confirmation of Joint Plan of Reorganization of Aegean Marine Petroleum Network Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 455].

C.    Reservation of Rights of E. Nikolas Tavlarios with Respect to Revised Joint Plan of Reorganization of Aegean Marine Petroleum Network, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 458].

D.    Reservation of Rights of John Tavlarios with Respect to Revised Joint Plan of Reorganization of Aegean Marine Petroleum Network, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 461].

E.    Reservation of Rights of Peter C. Georgiopoulos with Respect to Revised Joint Plan of Reorganization of Aegean Marine Petroleum

Network, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 462].

F.    Objection of the United States Trustee to Confirmation of the Amended Joint Chapter 11 Plan of Aegean Marine Petroleum Network Inc. and Its Debtor Affiliates [Docket No. 463].

Related Documents:

A.    Disclosure Statement for the Joint Plan of Reorganization of Aegean Marine Petroleum Network Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 302].

B.    Joint Plan of Reorganization of Aegean Marine Petroleum Network Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 303].

C.    Notice of Filing of Exhibits to the Disclosure Statement for the Joint Plan of Reorganization of Aegean Marine Petroleum Network Inc., and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 316].

D.    Notice of Filing of Exhibit to the Disclosure Statement for the Joint Plan of Reorganization of Aegean Marine Petroleum Network Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 317].

E.    Notice of Filing of Revised Joint Plan of Reorganization of Aegean Marine Petroleum Network Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 360].

F.    Notice of Filing of Revised Disclosure Statement for the Joint Plan of Reorganization of Aegean Marine Petroleum Network Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 362].

G.    Notice of Filing of Further Revised Joint Plan of Reorganization of Aegean Marine Petroleum Network Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 382].

H.    Notice of Filing of Further Revised Disclosure Statement for the Joint Plan of Reorganization of Aegean Marine Petroleum Network Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 383].

I.    Order (I) Approving the (A) Adequacy of Information in the Disclosure Statement, (B) Solicitation and Notice Procedures, (C) Forms of Ballots and Notices in Connection Therewith, and

3

(D) Certain Dates with Respect Thereto, and (II) Granting Related Relief [Docket No. 385].

J.  Notice of Hearing to Consider Confirmation of the Chapter 11 Plan Filed by the Debtors and Related Voting and Objection Deadlines [Docket No. 386].

K.  Notice of Filing of Plan Supplement [Docket No. 420].

L.  Affidavit of Service of Solicitation Materials [Docket No. 428].

M.  Notice of Filing Plan Supplement [Docket No. 441].

N.  Declaration of Jane Sullivan of Epiq Corporate Restructuring, LLC Regarding Voting and Tabulation of Ballots Cast on the Joint Plan of Reorganization of Aegean Marine Petroleum Network Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 470].

O.  Declaration of Tyler Baron in Support of Confirmation of the Joint Plan of Reorganization of Aegean Marine Petroleum Network Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 479].

P.  Declaration of Andrew Hede in Support of Confirmation of the Joint Plan of Reorganization of Aegean Marine Petroleum Network Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 480].

Q.  Declaration of Zul Jamal in Support of Confirmation of the Joint Plan of Reorganization of Aegean Marine Petroleum Network Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 481].

R.  Notice of Filing of Further Revised Joint Plan of Reorganization of Aegean Marine Petroleum Network Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 482].

S.  Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Joint Plan of Reorganization of Aegean Marine Petroleum Network Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 483].

**Status**: This matter is going forward.

2.  ***Rejection Motion.***  Debtors' Motion for Entry of an Order Authorizing Rejection of Certain Unexpired Leases and Granting Related Relief [Docket No. 412].

4

Objection Deadline:  March 15, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Replies Filed:  None.

Related Documents:  None.

**Status**:  This matter is going forward.

3.    ***Substantial Contribution Application.***  Application of Oaktree Capital Management, L.P. and Hartree Partners, LP Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 421].

Objection Deadline:  March 15, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A.    Objection of Mercuria US Asset Holdings, LLC to Application of Oaktree Capital Management, L.P. and Hartree Partners, LP Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred Making a Substantial Contribution [Docket No. 448].

B.    Statement of the Official Committee of Unsecured Creditors of Aegean Marine Petroleum Network Inc., *et al.* in Support of Application for Substantial Contribution Claim [Docket No. 449].

C.    Response of the United States Trustee to Application of Oaktree Capital Management, L.P. and Hartree Partners, LP Pursuant To 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fee and Expenses Incurred in Making a Substantial Contribution [Docket No. 451].

Replies Filed:

A.    Reply in Further Support of Application of Oaktree Capital Management, L.P. and Hartree Partners, LP Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 475].

Related Documents:  None.

**Status**:  This matter is going forward.

II.   **Withdrawn Matters**

4.   ***Limited Objection.***  Debtors' Omnibus Limited Objection Solely to the Voting Amount Associated with Certain Claims [Docket No. 434].

Objection Deadline:   March 18, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Replies Filed:  None.

Related Documents:

A.   Notice of Withdrawal of Debtors' Omnibus Limited Objection Solely to the Voting Amount Associated with Certain Claims [Docket No. 484].

**Status**:  The objection has been withdrawn.

[*Remainder of page intentionally left blank.*]

6

New York, New York
Dated:  March 22, 2019

/s/ Marc Kieselstein, P.C.

Marc Kieselstein, P.C.
Cristine Pirro
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

- and -

James H.M. Sprayregen, P.C.
Adam C. Paul, P.C. (admitted *pro hac vice*)
W. Benjamin Winger (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*