Marc Kieselstein, P.C.
Cristine Pirro
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

James H.M. Sprayregen, P.C.
Adam C. Paul, P.C. (admitted *pro hac vice*)
W. Benjamin Winger (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| AEGEAN MARINE PETROLEUM NETWORK INC., *et al.*,[1] | ) Case No. 18-13374 (MEW) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF TELEPHONIC HEARING SCHEDULED FOR
APRIL 2, 2019 AT 3:00 P.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that, as stated on the record at the hearing dated April 1, 2019 at 11:00 a.m., a hearing on the *Joint Limited Response of U.S. Bank National Association, as Unsecured 4.25% Notes Indenture Trustee, and Deutsche Bank Trust Company Americas, as Unsecured 4.00% Notes Indenture Trustee, to the Objection of the United States Trustee to Confirmation of the Plan and Joinder to the Statement of the Official Committee of Unsecured Creditors in Supposed of Committee Members' Fees and Expenses* [Docket No. 504] (the "Committee Member Response") and the *Statement of the Official Committee of Unsecured Creditors of Aegean*

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/aegean. The location of Debtor Aegean Bunkering (USA) LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 52 Vanderbilt Avenue, Suite 1405, New York, New York 10017.

*Marine Petroleum Network Inc., et al in Support of Committee Members' Fees and Expenses* [Docket No. 508] (the "UCC Response") will be continued and heard telephonically on **April 2, 2019 at 3:00 p.m. (prevailing Eastern Time)** before the Honorable Michael E. Wiles of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in Room 617, One Bowling Green, New York, New York (the "Telephonic Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Telephonic Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates in open court at the Telephonic Hearing.

**PLEASE TAKE FURTHER NOTICE** that telephonic appearances will be allowed without prior court approval **(including parties in Manhattan)** for the Telephonic Hearing currently scheduled for April 2, 2019 at 3:00 p.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that those parties wishing to participate in the Telephonic Hearing must make arrangements through CourtCall by telephone at 1-866-582-6878.

[*Remainder of page left intentionally blank*]

| | |
|---|---|
| New York, New York<br>Dated: April 1, 2019 | */s/ Marc Kieselstein, P.C.*<br>Marc Kieselstein, P.C.<br>Cristine Pirro<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>- and -<br><br>James H.M. Sprayregen, P.C.<br>Adam C. Paul, P.C. (admitted *pro hac vice*)<br>W. Benjamin Winger (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>*Counsel to the Debtors and Debtors in Possession* |