**LATHAM & WATKINS LLP**
Jamie L. Wine
Jason C. Hegt
885 Third Avenue
New York, New York 10022
Tel: (212) 906-1200
Fax: (212) 751-4864
*Attorneys for PricewaterhouseCoopers LLP*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
In re: :  Chapter 11
 :
AEGEAN MARINE PETROLEUM NETWORK :  Case No. 18-13374 (MEW)
INC., *et al.*[1] :
 :  (Jointly Administered)
                                Debtors. :
 :
----------------------------------------------------------------x

**NOTICE OF LIMITED APPEARANCE AND
REQUEST FOR ECF SERVICE OF DOCUMENTS**

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, non-party PricewaterhouseCoopers LLP ("PwC-US") hereby appears in these chapter 11 cases by counsel, Latham & Watkins LLP, solely for purposes of contesting the Application by the Aegean Litigation Trust for Entry of an Order Pursuant to Federal Rule of Bankruptcy Procedure 2004 Authorizing Examination and Related Discovery of PwC (ECF No. 617) and requests only those notices given in these cases and those papers served or required to be served in these cases through the Case Management/Electronic Case Files system ("ECF"), be

---

[1] Due to the large number of Debtors in these chapter 11 cases, which are being jointly administered, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/aegean.

given to and served upon the undersigned counsel, via ECF.  PwC-US requests that it be omitted from the master service list maintained by Epiq.

**PLEASE TAKE FURTHER NOTICE** that this appearance and demand for notice is neither intended as nor is it a consent of PwC-US to the jurisdiction of the Bankruptcy Court, nor is it, specifically but not limited to, a waiver of (i) PwC-US's rights to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) PwC-US's rights to trial by jury in any proceeding so triable herein, or in any case, controversy, or proceeding related hereto; (iii) PwC-US's rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, or defenses to which PwC-US is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, and defenses, PwC-US expressly reserves.

Dated:      November 27, 2019
            New York, New York

                                      Respectfully submitted,

                                      /s/ Jason C. Hegt

                                      Jamie L. Wine
                                      Jason C. Hegt
                                      LATHAM & WATKINS LLP
                                      885 Third Avenue
                                      New York, New York 10022
                                      Tel:  (212) 906-1200
                                      Fax:  (212) 751-4864
                                      jamie.wine@lw.com
                                      jason.hegt@lw.com

                                      *Attorneys for PricewaterhouseCoopers LLP*