UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| AEGEAN MARINE PETROLEUM NETWORK, INC., *et al.*[1] | Case No. 18-13374 (MEW) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Anupam Dalvi, am not a party to this action, am over 18 years of age and have a business address of Orrick, Herrington & Sutcliffe LLP, 51 West 52nd Street, New York, NY 10019.

On November 27, 2019, the LIMITED OPPOSITION TO APPLICATION BY THE AEGEAN LITIGATION TRUST FOR ENTRY OF AN ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 AUTHORIZING EXAMINATION AND RELATED DISCOVERY OF DELOITTE GREECE and DECLARATION OF THOMAS N. KIDERA in support thereof were electronically filed with the Clerk of the Court for the United States Bankruptcy Court, Southern District of New York by using the Court's CM/ECF system. Notice of this filing was sent electronically to counsel of record using the Court's CM/ECF system.

On November 27, 2019, I caused a copy of the above-referenced Limited Opposition and Declaration to be served by U.S. mail, first class, postage prepaid on the party shown below:

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/aegean.

Office of the U.S. Trustee for the S.D.N.Y.
201 Varick Street, Suite 1006
New York, New York 10014
Attn: Brian S. Masumoto and Andrew Velez-Rivera

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
        November 27, 2019

_Anupam Dalvi_
Anupam Dalvi