AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Philip C. Dublin
Abid Qureshi
Brian T. Carney
Kevin Zuzolo

*Counsel to the Litigation Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>AEGEAN MARINE PETROLEUM NETWORK, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>18-13374 (MEW)<br><br>Jointly Administered |

**NOTICE OF LITIGATION TRUST'S QUARTERLY DISPUTED CLAIMS REPORT FOR THE PERIOD JULY 1, 2019 THROUGH SEPTEMBER 30, 2019**

**PLEASE TAKE NOTICE** that Peter Kravitz, as litigation trustee (the "Litigation Trustee") for the litigation trust established to facilitate the implementation of the *Joint Plan of Reorganization of Aegean Marine Petroleum Network, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code*, dated March 22, 2019 [Docket No. 503-1] (the "Plan"), hereby files the *Litigation Trust's Quarterly Disputed Claims Report for the Period July 1, 2019 to September 30, 2019* (the "Disputed Claims Report"), which is attached hereto as **Exhibit A**.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/aegean.

| | |
|---|---|
| Dated: New York, New York<br>December 31, 2019 | **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>By: /s/ *Philip C. Dublin*<br>Philip C. Dublin<br>Abid Qureshi<br>Brian T. Carney<br>Kevin Zuzolo<br>One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>pdublin@akingump.com<br>bcarney@akingump.com<br>aqureshi@akingump.com<br>kzuzolo@akingump.com<br><br>*Counsel to the Litigation Trust* |

# EXHIBIT A

**Disputed Claims Report for the Period July 1, 2019 to September 30, 2019**

Pursuant to Section 4.10(g) of the Litigation Trust Agreement,[1] the Litigation Trustee has the authority to expunge from the Claims Register Disputed Claims or Interests that have been paid, satisfied, superseded, or released and adjust on the Claims Register any Disputed Claims or Interests that have been amended without having to file an objection to such Disputed Claims or Interests and without any further notice to or action, order or approval of the Bankruptcy Court; *provided*, *however*, that beginning at the end of the first full calendar quarter that is at least 90 days after the Effective Date, the Litigation Trustee shall file with the Bankruptcy Court each calendar quarter a list of all Disputed Claims or Interests that have been paid, satisfied, superseded, released, or amended during such prior calendar quarter.

As of the end of the calendar quarter ending September 30, 2019, the Litigation Trustee had not expunged from the Claims Register or adjusted the Claims Register with respect to any Disputed Claims or Interests that have been paid, satisfied, superseded, released or amended. The Litigation Trust and its advisors are in the process of reviewing proofs of claim filed in the Chapter 11 Cases, including any supporting documentation attached thereto, and reconciling the proofs of claim with the Debtors' books and records and the Schedules to determine the validity of the proofs of claim.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.