UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In re:

AEGEAN MARINE PETROLEUM
NETWORK INC., *et al.*[1]

                Reorganized Debtors.

------------------------------------------------------------------------x

Chapter 11

Case No: 18-13374 (MEW)

Jointly Administered

## ORDER EXTENDING DEADLINE TO OBJECT TO CLAIMS

Upon the joint motion (the "**Motion**") of Aegean Marine Petroleum S.A., the reorganized debtor in these chapter 11 cases (the "**Reorganized Debtor**"), and the Litigation Trust,[2] seeking entry of an order (this "**Order**"), pursuant to Bankruptcy Code sections 105(a) and 1142(b), Bankruptcy Rule 9006(b), and Local Bankruptcy Rule 9006-2 to extend the deadline for objecting to claims (the "**Claims Objection Deadline**") for a period of one hundred and eighty (180) days, from November 18, 2021 through and including May 17, 2022; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration for the relief requested therein being a core proceeding in accordance with 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that notice of the Motion and opportunity for a hearing thereon were appropriate and no other notice need be provided; and the Court having considered the Motion and having determined the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby:

---

[1] Pursuant to orders of the Court, the chapter 11 cases of the Reorganized Debtors other than Aegean Marine Petroleum S.A. (Case No. 18-13400 (MEW)) have been closed. Aegean Marine Petroleum Network Inc. (Case No. 18-17334 (MEW)) ("**Aegean**") is not a Reorganized Debtor.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

**ORDERED**, that the Motion is granted in all respects; and it is further

**ORDERED**, that the Claims Objection Deadline be, and hereby is, extended to May 17, 2022, without prejudice to further motions by the Reorganized Debtor or the Litigation Trust seeking further extensions of time to object to the Claims; and it is further

**ORDERED**, that this Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: New York, New York
      December 1, 2021

                                        **s/Michael E. Wiles**
                                        HONORABLE MICHAEL E. WILES
                                        UNITED STATES BANKRUPTCY JUDGE